IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| State of Missouri, David Mason, Andrea McCann, Jessica Fisher, and Phillip Fisher,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States Department of Commerce, Howard W. Lutnick in his official capacity as Secretary of Commerce, United States Census Bureau, George Cook in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>*Defendants*. | Case No. |

<u>**Expert Report of Adam Kincaid**</u>

**Statement of Qualifications**

1. After completion of a Bachelor of Arts Degree from Florida State University, I earned a Master's in Public Administration with a Specialization in Public Policy from the University of Georgia.
2. After completing graduate school, I went on to work at the Georgia Republican Party, the Republican Governors Association, the National Republican Congressional Committee, the Republican National Committee, and the National Republican Redistricting Trust.
3. My work at the Georgia Republican Party and the Republican Governors Association included demographic analyses of counties, election districts, and states; development of polling universes; and calculation of turnout estimates and vote goals.
4. From 2011 to 2012, I served as the Redistricting Coordinator at the National Republican Congressional Committee where I oversaw the Republican Party's national congressional redistricting strategy. Following the conclusion of the 2012 redistricting cycle, I became the NRCC's first National Data Director where I generally oversaw the committee's microtargeting initiatives and guided its application through the 2012 elections.
5. From 2013-2017, I was employed at the Republican National Committee. While at the RNC I continued to support the Republican Party's redistricting efforts but primarily focused my efforts on creating turnout and vote method estimates as well as vote goals for all 50 states, 435 congressional districts, and thousands of precincts for the 2014 and 2016 elections. My work also included election night analysis, reporting, and forecasting for key primary and targeted general elections; analysis and aggregation of all national, statewide, and congressional polling; and allocating the delegates to the 2016 Republican National Convention based upon the results of the 2016 Republican Presidential Primaries and Caucuses.

6. Since 2017, I have served as the President & Executive Director of the National Republican Redistricting Trust. In that capacity, I produce annual decennial apportionment estimates based on the Census Bureau's annual Population Estimates.

**Scope of Work**

At the request of counsel, I have created:

1. Apportionment forecasts for 2020 based upon the total apportionment population as reported by the 2020 Census, the total citizen population plus legal permanent residents, and the total citizen population.
2. 2030 apportionment forecasts based on the Census Bureau's annual population estimates and the total citizen population of the United States plus those residing in the United States who are legal permanent residents.

I am being compensated at a rate of $450/hour plus travel expenses. My compensation is not dependent on the results of my work.

**Calculating Apportionment Scenarios**

The Equal Proportions Method was used to determine the 2020 Apportionment as well as the alternative apportionments included in this report. This method has been used to produce every federal apportionment since 1941. The Method of Equal Proportions calculates priority values for every state according to each state's population and then sorts those priority values from largest to smallest. Once the priority values are created and sorted then the 385 seats in the House of Representatives left to be apportioned after each state is given 1 are allocated to the states from the largest priority value through the 385th largest priority value.[1]

I utilized an excel workbook to produce these alternative apportionments. Every alternative apportionment requires use of a target population (in this case 2020 or 2030), a table of multipliers, a set of priority values, a ranking of those priority values per state, and then a summary apportionment. I will illustrate each step below.

1) Establishing the Apportionment Population: There are two primary approaches to setting the apportionment population of each state. The first is to use a single population estimate for a specific year (i.e. the 2020 Census apportionment populations, the 2018 one-year ACS citizenship estimates). The second is to use a series of populations for multiple years and forecast forward what the population would be on the next Census Day (April 1, 2030). To do that, I weight three years' worth of data if possible and replicate the same formula forward through the decade. For example:
    a. Assuming the ACS Citizenship estimates are available for 2023, 2022, and 2021 those would be placed in columns E, D, and C. The formula to forecast 2024's numbers would be in column F. The formula in column F would be "=ROUND(E2+((AVERAGE((1.25*(E2-D2)),(D2-C2),(0.75*(C2-B2)))))),0)". This rounds the estimate to the nearest whole number. The weighting of 1.25 for 2023 and

---

[1] U.S. Census Bureau. "How Apportionment Is Calculated." Random Samplings Blog, April 2021. https://www.census.gov/newsroom/blogs/random-samplings/2021/04/how-apportionment-is-calculated.html.

      underweighting of 0.75 for 2021 is done so that more recent population trends (those presumptively more likely to continue) are given stronger consideration than those earlier in the decade.

   b. The same logic is repeated for years 2025, 2026, 2027, 2028, and 2029.

   c. For the final year of the forecast (in this case 2030) adjustments are made for the date of the dataset (ACS data is as of July) versus the date of the Census (April 1 of the Census year). The 2030 numbers are first calculated the same as 2024-2029. Then the 2029 population total is subtracted from the 2030 population total. That difference is then multiplied by 0.75 (July 1 to April 1 being 75% of a year) and then added to the 2029 population to create the April 1, 2030, population estimate.

2) The next worksheet contains the multipliers needed to calculate the Priority Values. A table of multipliers is created simply by setting a max number of seats possible for a state (for this exercise I set the total at 60 possible seats). The formula used to calculate the multipliers is "=1/(SQRT(B1*(B1-1)))." This is repeated along row 2 across 60 columns to produce enough multipliers to calculate the Priority Values.

3) Priority Values are simply calculated by multiplying the Apportionment Population for a state by the corresponding multiplier. Each state would have a Priority Value for a second seat, a third seat, and so on until the total number of Priority Values calculated is exhausted (60 for these estimates).

4) The Priority Values are then ranked from 1 to 385. The largest priority values and their corresponding states are listed through seat 400.

5) Finally, a simple COUNTIF function [=COUNTIF('List'!$D$2:$D$386,A2)+1] is used to aggregate the total number of apportioned seats. Column A would include the name of the state. The formula is simply counting the number of times a state's name appears from rows 2 to 386 in Column D. 1 is added to each count since every state is allocated a seat in the House prior to the application of the Method of Equal Proportions.

**Summary Conclusions**

1) Had the 2020 Apportionment population included only citizens of the United States and legal permanent residents, Missouri would have been allocated nine congressional seats instead of eight. By apportioning congressional representation using the total resident population (including those who are not authorized to permanently reside in the United States), Missouri has been deprived of a congressional seat in the 118th and 119th Congresses. Left unchanged, that malapportionment will continue through the 122nd Congress.

2) If apportionment following the 2030 Census is also conducted using the total resident population (including all those who are not authorized to remain permanently in the United States) Missouri could again be deprived of a ninth seat in the 123rd – 127th Congresses. Forecasts for 2030 using only the citizen and legal permanent resident population suggest Missouri would be allocated a ninth seat in 2031.

**The 2020 Apportionment**

The 2020 Census found Missouri's total apportionment population was 6,160,281 on Census Day 2020. The total apportionment population of the United States was 331,108,434.[2] The apportionment population includes the total resident population as well as U.S. military and federal civilian employees and their dependents residing overseas. Missouri was apportioned 8 seats following the 2020 Census (see Map 1). Missouri was apportioned the same number of seats following the 2010 Census[3] (see Map 2).

Map 1: The 2020 Apportionment



---

[2] U.S. Census Bureau. "2020 Apportionment Data." Census.gov, 2020. https://www.census.gov/data/tables/2020/dec/2020-apportionment-data.html.

[3] U.S. Census Bureau. "2010 Apportionment Data." Census.gov, 2010. https://www.census.gov/data/tables/2010/dec/2010-apportionment-data.html.

4

Map 2: Apportionment Change, 2010 to 2020



The 2019 one-year American Community Survey (ACS) found Missouri's Citizen population at 6,009,791. The total citizen population of the United States (minus the District of Columbia) was 305,827,571. Had the Census Bureau apportioned representation using the 1-year ACS citizenship numbers alone Missouri would have been apportioned 9 seats instead of 8 (see Map 3). This would have resulted in Missouri gaining a seat in 2020 (see Map 4) rather than remaining the same. An apportionment based on the one-year ACS would have given Missouri one more seat in the House of Representatives than it was allocated from the 2020 apportionment (see Map 5).



Map 3: Hypothetical Apportionment, 2019 1-yr ACS Citizenship



Map 4: Hypothetical Apportionment Change, 2010 to 2020

6

Map 5: 2020 Apportionment Difference, 1-yr ACS Citizenship versus Actual:



The five-year ACS from 2016-2020 found Missouri's Citizen population at 5,996,704. The total citizen population of the United States (minus the District of Columbia) was 304,249,638. Had the Census Bureau apportioned representation using the 5-year ACS citizenship numbers alone Missouri would have been apportioned 9 seats instead of 8 (see Map 6). This would have resulted in Missouri gaining a seat in 2020 (see Map 6) rather than remaining the same. An apportionment based on the five-year ACS would have given Missouri one more seat in the House of Representatives than was allocated from the 2020 apportionment (see Map 8).



Map 6: Hypothetical Apportionment, 5-yr ACS Citizenship

Map 7: Hypothetical Apportionment Change, 2010 to 2020



Map 8: 2020 Apportionment Difference, 5-yr ACS Citizenship versus Actual



Additionally, if the Census Bureau apportioned based on the citizen population but also included those granted permanent legal residence Missouri would still have likely been apportioned 9 seats (see Map 9). This estimate was made by combining the 2016-2020 five-year ACS citizen population and adding recent counts of those granted legal permanent residence status[4] using the annual Homeland Security Statistics[5]. Using this methodology Missouri's population as of 2020 is estimated at 6,012,701 while the United States' population was 306,536,607. Like with the hypothetical apportionments using the 1-year and 5-year ACS Citizen population totals, Missouri would have gained a seat in 2020 (see Map 10) and would have been given one more seat in the House of Representatives than it was allocated from the 2020 apportionment (see Map 11).



Map 9: Hypothetical Apportionment, 5-yr ACS Citizenship Totals + LPRs

---

[4] Office of Homeland Security Statistics. "State Immigration Data." U.S. Department of Homeland Security. Accessed December 23, 2025. https://ohss.dhs.gov/topics/immigration/state-immigration-data#table-data-heading.

[5] Office of Homeland Security Statistics. "State Data 2013–2023." U.S. Department of Homeland Security, May 2025. https://ohss.dhs.gov/sites/default/files/2025-05/state_data_2013-2023_20250514_3.csv.

Map 10: Hypothetical Apportionment Change, 2010 to 2020



Map 11: 2020 Apportionment Difference, 5-yr ACS Citizenship totals + LPRs versus Actual



11

Figure 1 (below) shows the 2020 Census Apportionment population, 2019 1-yr ACS Citizen population, the 2016-2020 5-yr ACS Citizen population, and the 2016-2020 5-yr ACS Citizen population plus recent counts of those granted legal permanent residence status by state. The apportionments, change in apportionment from 2010, and difference compared to the actual 2020 apportionment are also shown for each alternative apportionment population.

Figure 1: 2020 Apportionments (Actual and Hypothetical Estimates)

| 2020 Apportionment | 2020 Census | | | 2019 1-yr ACS Citizen Population | | | | 2016-2020 5-yr ACS Citizen Population | | | | 16-20 5-yr ACS Citizen Population + LPR | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| National | Population | Seats | +/- | Population | Seats | +/- | Diff | Population | Seats | +/- | Diff | Population | Seats | +/- | Diff |
| United States (-DC) | 331,108,434 | 435 | - | 305,827,571 | 435 | - | - | 304,249,638 | 435 | - | - | 307,063,418 | 435 | - | - |
| States | Population | Seats | +/- | Population | Seats | +/- | Diff | Population | Seats | +/- | Diff | Population | Seats | +/- | Diff |
| Alabama | 5,030,053 | 7 | 0 | 4,805,196 | 7 | 0 | 0 | 4,792,061 | 7 | 0 | 0 | 4,802,311 | 7 | 0 | 0 |
| Alaska | 736,081 | 1 | 0 | 710,376 | 1 | 0 | 0 | 713,203 | 1 | 0 | 0 | 716,773 | 1 | 0 | 0 |
| Arizona | 7,158,923 | 9 | 0 | 6,741,703 | 10 | 1 | 1 | 6,655,241 | 9 | 0 | 0 | 6,704,281 | 9 | 0 | 0 |
| Arkansas | 3,013,756 | 4 | 0 | 2,921,167 | 4 | 0 | 0 | 2,913,755 | 4 | 0 | 0 | 2,921,895 | 4 | 0 | 0 |
| California | 39,576,757 | 52 | -1 | 34,610,603 | 49 | -4 | -3 | 34,415,898 | 49 | -4 | -3 | 34,948,888 | 49 | -4 | -3 |
| Colorado | 5,782,171 | 8 | 1 | 5,479,562 | 8 | 1 | 0 | 5,387,872 | 8 | 1 | 0 | 5,424,562 | 8 | 1 | 0 |
| Connecticut | 3,608,298 | 5 | 0 | 3,324,409 | 5 | 0 | 0 | 3,329,018 | 5 | 0 | 0 | 3,359,078 | 5 | 0 | 0 |
| Delaware | 990,837 | 1 | 0 | 924,424 | 1 | 0 | 0 | 923,474 | 1 | 0 | 0 | 928,684 | 1 | 0 | 0 |
| Florida | 21,570,527 | 28 | 1 | 19,549,092 | 28 | 1 | 0 | 19,327,823 | 28 | 1 | 0 | 19,642,173 | 28 | 1 | 0 |
| Georgia | 10,725,274 | 14 | 0 | 10,028,276 | 14 | 0 | 0 | 9,933,747 | 14 | 0 | 0 | 10,006,007 | 14 | 0 | 0 |
| Hawaii | 1,460,137 | 2 | 0 | 1,303,822 | 2 | 0 | 0 | 1,312,952 | 2 | 0 | 0 | 1,326,012 | 2 | 0 | 0 |
| Idaho | 1,841,377 | 2 | 0 | 1,728,369 | 3 | 1 | 1 | 1,695,544 | 2 | 0 | 0 | 1,702,434 | 2 | 0 | 0 |
| Illinois | 12,822,739 | 17 | -1 | 11,857,933 | 17 | -1 | 0 | 11,866,597 | 17 | -1 | 0 | 11,970,227 | 17 | -1 | 0 |
| Indiana | 6,790,280 | 9 | 0 | 6,524,188 | 9 | 0 | 0 | 6,484,669 | 9 | 0 | 0 | 6,509,489 | 9 | 0 | 0 |
| Iowa | 3,192,406 | 4 | 0 | 3,059,752 | 4 | 0 | 0 | 3,049,518 | 4 | 0 | 0 | 3,064,438 | 4 | 0 | 0 |
| Kansas | 2,940,865 | 4 | 0 | 2,790,305 | 4 | 0 | 0 | 2,792,980 | 4 | 0 | 0 | 2,807,690 | 4 | 0 | 0 |
| Kentucky | 4,509,342 | 6 | 0 | 4,354,461 | 6 | 0 | 0 | 4,357,080 | 6 | 0 | 0 | 4,375,750 | 6 | 0 | 0 |
| Louisiana | 4,661,468 | 6 | 0 | 4,534,194 | 6 | 0 | 0 | 4,551,486 | 7 | 1 | 1 | 4,564,076 | 6 | 0 | 0 |
| Maine | 1,363,582 | 2 | 0 | 1,322,839 | 2 | 0 | 0 | 1,319,094 | 2 | 0 | 0 | 1,323,144 | 2 | 0 | 0 |
| Maryland | 6,185,278 | 8 | 0 | 5,598,214 | 8 | 0 | 0 | 5,608,852 | 8 | 0 | 0 | 5,671,502 | 8 | 0 | 0 |
| Massachusetts | 7,033,469 | 9 | 0 | 6,353,890 | 9 | 0 | 0 | 6,341,937 | 9 | 0 | 0 | 6,428,047 | 9 | 0 | 0 |
| Michigan | 10,084,442 | 13 | -1 | 9,669,015 | 14 | 0 | 1 | 9,656,470 | 14 | 0 | 1 | 9,707,680 | 14 | 0 | 1 |
| Minnesota | 5,709,752 | 8 | 0 | 5,431,857 | 8 | 0 | 0 | 5,386,646 | 8 | 0 | 0 | 5,427,026 | 8 | 0 | 0 |
| Mississippi | 2,963,914 | 4 | 0 | 2,940,596 | 4 | 0 | 0 | 2,941,636 | 4 | 0 | 0 | 2,945,986 | 4 | 0 | 0 |
| Missouri | 6,160,281 | 8 | 0 | 6,009,791 | 9 | 1 | 1 | 5,996,704 | 9 | 1 | 1 | 6,017,084 | 9 | 1 | 1 |
| Montana | 1,085,407 | 2 | 1 | 1,058,166 | 2 | 1 | 0 | 1,051,805 | 2 | 1 | 0 | 1,053,435 | 2 | 1 | 0 |
| Nebraska | 1,963,333 | 3 | 0 | 1,851,621 | 3 | 0 | 0 | 1,837,327 | 3 | 0 | 0 | 1,850,877 | 3 | 0 | 0 |
| Nevada | 3,108,462 | 4 | 0 | 2,778,780 | 4 | 0 | 0 | 2,740,600 | 4 | 0 | 0 | 2,770,210 | 4 | 0 | 0 |
| New Hampshire | 1,379,089 | 2 | 0 | 1,322,411 | 2 | 0 | 0 | 1,319,644 | 2 | 0 | 0 | 1,325,344 | 2 | 0 | 0 |
| New Jersey | 9,294,493 | 12 | 0 | 8,019,506 | 11 | -1 | -1 | 8,026,311 | 11 | -1 | -1 | 8,159,761 | 12 | 0 | 0 |
| New Mexico | 2,120,220 | 3 | 0 | 1,990,102 | 3 | 0 | 0 | 1,986,858 | 3 | 0 | 0 | 1,997,828 | 3 | 0 | 0 |
| New York | 20,215,751 | 26 | -1 | 17,689,430 | 25 | -2 | -1 | 17,694,151 | 25 | -2 | -1 | 18,034,781 | 25 | -2 | -1 |
| North Carolina | 10,453,948 | 14 | 1 | 9,973,658 | 14 | 1 | 0 | 9,891,524 | 14 | 1 | 0 | 9,944,774 | 14 | 1 | 0 |
| North Dakota | 779,702 | 1 | 0 | 742,257 | 1 | 0 | 0 | 741,006 | 1 | 0 | 0 | 745,166 | 1 | 0 | 0 |
| Ohio | 11,808,848 | 15 | -1 | 11,422,803 | 16 | 0 | 1 | 11,419,961 | 16 | 0 | 1 | 11,467,891 | 16 | 0 | 1 |
| Oklahoma | 3,963,516 | 5 | 0 | 3,816,211 | 5 | 0 | 0 | 3,800,827 | 5 | 0 | 0 | 3,814,437 | 5 | 0 | 0 |
| Oregon | 4,241,500 | 6 | 1 | 4,004,634 | 6 | 1 | 0 | 3,958,864 | 6 | 1 | 0 | 3,983,044 | 6 | 1 | 0 |
| Pennsylvania | 13,011,844 | 17 | -1 | 12,406,248 | 18 | 0 | 1 | 12,384,032 | 18 | 0 | 1 | 12,452,842 | 18 | 0 | 1 |
| Rhode Island | 1,098,163 | 2 | 0 | 996,251 | 1 | -1 | -1 | 993,516 | 2 | 0 | 0 | 1,003,596 | 2 | 0 | 0 |
| South Carolina | 5,124,712 | 7 | 0 | 4,982,809 | 7 | 0 | 0 | 4,942,661 | 7 | 0 | 0 | 4,956,131 | 7 | 0 | 0 |
| South Dakota | 887,770 | 1 | 0 | 864,778 | 1 | 0 | 0 | 857,612 | 1 | 0 | 0 | 860,832 | 1 | 0 | 0 |
| Tennessee | 6,916,897 | 9 | 0 | 6,615,049 | 9 | 0 | 0 | 6,565,444 | 9 | 0 | 0 | 6,591,244 | 9 | 0 | 0 |
| Texas | 29,183,290 | 38 | 2 | 26,003,978 | 37 | 1 | -1 | 25,700,074 | 37 | 1 | -1 | 25,987,124 | 37 | 1 | -1 |
| Utah | 3,275,252 | 4 | 0 | 3,050,672 | 4 | 0 | 0 | 2,996,404 | 4 | 0 | 0 | 3,014,384 | 4 | 0 | 0 |
| Vermont | 643,503 | 1 | 0 | 610,275 | 1 | 0 | 0 | 611,675 | 1 | 0 | 0 | 613,645 | 1 | 0 | 0 |
| Virginia | 8,654,542 | 11 | 0 | 8,028,770 | 11 | 0 | 0 | 8,013,942 | 11 | 0 | 0 | 8,084,332 | 11 | 0 | 0 |
| Washington | 7,715,946 | 10 | 0 | 7,015,295 | 10 | 0 | 0 | 6,945,408 | 10 | 0 | 0 | 7,018,558 | 10 | 0 | 0 |
| West Virginia | 1,795,045 | 2 | -1 | 1,778,163 | 3 | 0 | 1 | 1,792,830 | 3 | 0 | 1 | 1,794,880 | 3 | 0 | 1 |
| Wisconsin | 5,897,473 | 8 | 0 | 5,663,423 | 8 | 0 | 0 | 5,653,296 | 8 | 0 | 0 | 5,672,396 | 8 | 0 | 0 |
| Wyoming | 577,719 | 1 | 0 | 568,247 | 1 | 0 | 0 | 569,609 | 1 | 0 | 0 | 570,669 | 1 | 0 | 0 |

**2030 Apportionment Forecasts**

Forecasting apportionment for 2030 admittedly involves some imprecision. The effort is made more complicated by the shifting methodologies in population estimates by the Census Bureau.

Further complicating 2030 forecasts are the large number of noncitizens, many unauthorized and present illegally, inflating the population counts. Multiple studies from Pew Research[6], Federation for American Immigration Reform[7], the Center for Immigration Studies[8], and the Department of Homeland Security[9] show sharp increases in these populations nationwide over the first part of this decade.

Using the 2025 national population estimates from the Census Bureau and previous iterations to forecast the 2030 apportionment is problematic because the Census Bureau changed its methodology in 2024 for counting humanitarian parolees (i.e., refugees).

Forecasts produced by the American Redistricting Project[10], the Brennan Center[11], the Center for Immigration Studies[12], and Election Data Services[13] all project Missouri will continue to only have 8 congressional seats after the 2030 Census if apportionment is conducted using the total resident population.

---

[6] Pew Research Center. "U.S. Unauthorized Immigrant Population Reached a Record 14 Million in 2023." Pew Research Center: Race & Ethnicity, August 21, 2025. https://www.pewresearch.org/race-and-ethnicity/2025/08/21/u-s-unauthorized-immigrant-population-reached-a-record-14-million-in-2023/.

[7] Federation for American Immigration Reform. "How Many Illegal Aliens Are in the United States? 2025 Update." FAIR, 2025. https://www.fairus.org/issue/how-many-illegal-aliens-are-united-states-2025-update.

[8] Center for Immigration Studies. "Foreign-Born Number and Share of U.S. Population at All-Time Highs in January 2025." CIS.org, 2025. https://cis.org/Report/ForeignBorn-Number-and-Share-US-Population-AllTime-Highs-January-2025.

[9] Office of Homeland Security Statistics. "Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2018–January 2022." U.S. Department of Homeland Security, June 2024. https://ohss.dhs.gov/sites/default/files/2024-06/2024_0418_ohss_estimates_of_the-unauthorized-immigrant-population-residing-in-the-united-states-january-2018%25E2%2580%2593january-2022.pdf.

[10] American Redistricting Project. "2030 Apportionment Forecast (2025)." The ARP Blog, 2025. https://thearp.org/blog/apportionment/2030-apportionment-forecast-2025/.

[11] Brennan Center for Justice. "How States' Seats in the U.S. House Could Change After the Next Census." Brennan Center for Justice, 2025. https://www.brennancenter.org/our-work/analysis-opinion/how-states-seats-us-house-could-change-after-next-census.

[12] Center for Immigration Studies. "Tilting the Balance." CIS.org. Accessed December 23, 2025. https://cis.org/Report/Tilting-Balance.

[13] Election Data Services. "2024 Congressional Apportionment: Final Results with Maps and Tables." Election Data Services, December 2024. https://www.electiondataservices.com/wp-content/uploads/2024/12/NR_Apport24_FinalWMapsTables.pdf.

**Citizenship and LPR Impact on the 2030 Apportionment**

Based upon the 2025 Population Estimate Program (PEP) release, Missouri is forecast to only receive eight congressional seats again after the 2030 Census under the federal government's current policy of apportioning off of the total resident population.

Since President Trump took office on January 20, 2025, the net international migration rate has dropped from 2.7 million in 2024 to 1.3 million in 2025.[14] That drop reflects the policies of the final seven months of the Biden administration and only the first five months of the Trump administration. The Census Bureau notes that if current policies remain in place the net migration rate will drop to 321,000 in 2026. Given the rapid, consequential shift in immigration policy in 2025, forecasts based solely on previous citizenship trends will likely misestimate the citizen population of the United States in 2030.

There are few publicly available sources that empirically estimate the citizen population of the United States out to 2030. It appears the only comprehensive, empirical, state-specific estimates of the 2030 citizen population are the datasets produced by the Center for Immigration Studies.[15] Notably, those estimates forecast Missouri's 2030 citizen population at 6,234,748 which, relative to other states' citizen populations, should result in Missouri easily receiving a ninth seat (the 423rd apportioned).[16] That forecast does not change when accounting for those in the country currently who have achieved legal permanent residency status and are eligible for naturalization. Using the CIS estimates, if Legal Permanent Residents (as reported on the U.S. Citizenship and Immigration Services' Eligible to Naturalize Dashboard[17]) are included in the 2030 apportionment in addition to the total citizen population, Missouri is projected to have a total apportionment population of 6,308,760 compared to a national total population of 320,241,128 (not including Washington, D.C.). Missouri's ninth congressional seat would be the 434th apportioned.

---

[14] United States Census Bureau. "New Population Estimates Show Historic Decline in Net International Migration." January 27, 2026. https://www.census.gov/newsroom/blogs/random-samplings/2026/01/historic-decline-in-net-international-migration.html.

[15] Center for Immigration Studies. "Tilting the Balance." CIS.org. Accessed December 23, 2025. https://cis.org/Report/Tilting-Balance.

[16] Center for Immigration Studies. "Apportionment Appendix Tables." CIS.org, October 2024. https://cis.org/sites/default/files/2024-10/Apportionment-appendix-tables_0.xlsx.

[17] U.S. Citizenship and Immigration Services. "Eligible to Naturalize Dashboard." USCIS, 2025. https://www.uscis.gov/tools/reports-and-studies/immigration-and-citizenship-data/eligible-to-naturalize-dashboard and https://bigdataanalyticspub-sb.uscis.dhs.gov/vizql/v_202512510031138/javascripts/hybrid-window/min/index.html?id=1jg06ocd3%24nz45-y0-nz-y0-u4svd4&moduleId=view_data.

Figure 2: 2030 Apportionments (Actual and Hypothetical Estimates)

| 2030 Apportionment | 2030 Forecast - American Redistricting Project | | | 2030 Forecast - CIS without Non-citizens + LPR | | | |
|---|---|---|---|---|---|---|---|
| National | Population | Seats | +/- | Population | Seats | +/- | Diff |
| United States (-DC) | 352,536,342 | 435 | - | 320,241,128 | 435 | - | - |
| States | Population | Seats | +/- | Population | Seats | +/- | Diff |
| Alabama | 5,367,480 | 7 | 0 | 5,050,564 | 7 | 0 | 0 |
| Alaska | 742,746 | 1 | 0 | 737,804 | 1 | 0 | 0 |
| Arizona | 8,012,451 | 10 | 1 | 7,430,731 | 10 | 1 | 0 |
| Arkansas | 3,218,139 | 4 | 0 | 3,091,408 | 4 | 0 | 0 |
| California | 39,659,774 | 48 | -4 | 33,251,721 | 45 | -7 | -3 |
| Colorado | 6,233,954 | 8 | 0 | 5,998,599 | 8 | 0 | 0 |
| Connecticut | 3,791,296 | 5 | 0 | 3,555,219 | 5 | 0 | 0 |
| Delaware | 1,118,198 | 1 | 0 | 1,078,630 | 2 | 1 | 1 |
| Florida | 24,848,027 | 30 | 2 | 23,061,825 | 31 | 3 | 1 |
| Georgia | 11,862,178 | 15 | 1 | 10,777,002 | 15 | 1 | 0 |
| Hawaii | 1,425,503 | 2 | 0 | 1,380,557 | 2 | 0 | 0 |
| Idaho | 2,168,236 | 3 | 1 | 2,152,269 | 3 | 1 | 0 |
| Illinois | 12,885,079 | 16 | -1 | 11,399,849 | 15 | -2 | -1 |
| Indiana | 7,180,704 | 9 | 0 | 6,588,316 | 9 | 0 | 0 |
| Iowa | 3,291,836 | 4 | 0 | 3,114,711 | 4 | 0 | 0 |
| Kansas | 3,039,416 | 4 | 0 | 2,765,096 | 4 | 0 | 0 |
| Kentucky | 4,737,199 | 6 | 0 | 4,248,990 | 6 | 0 | 0 |
| Louisiana | 4,649,984 | 6 | 0 | 4,154,919 | 6 | 0 | 0 |
| Maine | 1,448,356 | 2 | 0 | 1,442,248 | 2 | 0 | 0 |
| Maryland | 6,393,561 | 8 | 0 | 5,551,718 | 7 | -1 | -1 |
| Massachusetts | 7,329,091 | 9 | 0 | 6,056,348 | 8 | -1 | -1 |
| Michigan | 10,268,960 | 13 | 0 | 9,839,613 | 13 | 0 | 0 |
| Minnesota | 5,999,497 | 7 | -1 | 5,746,939 | 8 | 0 | 1 |
| Mississippi | 2,976,907 | 4 | 0 | 2,802,255 | 4 | 0 | 0 |
| Missouri | 6,415,120 | 8 | 0 | 6,308,760 | 9 | 1 | 1 |
| Montana | 1,179,712 | 2 | 0 | 1,221,665 | 2 | 0 | 0 |
| Nebraska | 2,087,119 | 3 | 0 | 1,896,381 | 3 | 0 | 0 |
| Nevada | 3,443,360 | 4 | 0 | 3,090,643 | 4 | 0 | 0 |
| New Hampshire | 1,446,595 | 2 | 0 | 1,471,681 | 2 | 0 | 0 |
| New Jersey | 9,895,485 | 12 | 0 | 8,209,846 | 11 | -1 | -1 |
| New Mexico | 2,138,721 | 3 | 0 | 2,075,215 | 3 | 0 | 0 |
| New York | 20,394,880 | 25 | -1 | 17,905,180 | 24 | -2 | -1 |
| North Carolina | 11,959,440 | 15 | 1 | 10,693,676 | 14 | 0 | -1 |
| North Dakota | 828,923 | 1 | 0 | 779,545 | 1 | 0 | 0 |
| Ohio | 12,111,895 | 15 | 0 | 11,497,520 | 16 | 1 | 1 |
| Oklahoma | 4,268,090 | 5 | 0 | 4,129,476 | 6 | 1 | 1 |
| Oregon | 4,320,479 | 5 | -1 | 3,855,378 | 5 | -1 | 0 |
| Pennsylvania | 13,167,880 | 16 | -1 | 12,182,731 | 16 | -1 | 0 |
| Rhode Island | 1,141,175 | 1 | -1 | 1,001,799 | 1 | -1 | 0 |
| South Carolina | 5,996,649 | 7 | 0 | 5,678,241 | 8 | 1 | 1 |
| South Dakota | 975,626 | 1 | 0 | 974,379 | 1 | 0 | 0 |
| Tennessee | 7,690,924 | 9 | 0 | 7,439,364 | 10 | 1 | 1 |
| Texas | 34,047,078 | 42 | 4 | 29,912,713 | 40 | 2 | -2 |
| Utah | 3,751,550 | 5 | 1 | 3,462,478 | 5 | 1 | 0 |
| Vermont | 638,302 | 1 | 0 | 634,213 | 1 | 0 | 0 |
| Virginia | 9,202,903 | 11 | 0 | 8,550,000 | 12 | 1 | 1 |
| Washington | 8,358,008 | 10 | 0 | 7,930,890 | 11 | 1 | 1 |
| West Virginia | 1,756,047 | 2 | 0 | 1,716,609 | 2 | 0 | 0 |
| Wisconsin | 6,072,718 | 7 | -1 | 5,736,872 | 8 | 0 | 1 |
| Wyoming | 599,091 | 1 | 0 | 608,539 | 1 | 0 | 0 |

2030 Apportionment Forecast (The American Redistricting Project)

Map 12: 2030 Apportionment Forecast Under Federal Government's Current Policy



Map 13: Forecast Apportionment Change 2020 to 2030 Under Current Federal Government Policy



2030 Apportionment Forecast (Citizens + LPRs)

Map 14: Hypothetical Apportionment (Citizens + LPRs)



Map 15: Forecast Apportionment Change 2020 to 2030



Map 16: Difference Between ARP 2030 Forecast and Citizens + LPR 2030 Forecast:



Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed this January 29, 2026.

By: _____

Adam Kincaid, M.P.A.

19