# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| State of Missouri, David Mason, Andrea McCann, Jessica Fisher, and Phillip Fisher,<br><br> *Plaintiffs*,<br><br>   v.<br><br>United States Department of Commerce, Howard W. Lutnick in his official capacity as Secretary of Commerce, United States Census Bureau, George Cook in his official capacity as Acting Director of the U.S. Census Bureau,<br><br> *Defendants*. | Case No. |

## DECLARATION OF DAVID M. MASON

I, David M. Mason, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge.

1. I am over eighteen years old and competent to make this declaration.

2. I am an American citizen and a registered voter in the State of Missouri.

3. I have volunteered for and worked on political campaigns since I was a teenager. I have served as a poll watcher, political party official, and campaign treasurer. I worked as a staffer in the US Senate and House of Representatives for about eight years. I served as a Commissioner on the Federal Election Commission for ten years, including two terms as Chair. I am currently General Counsel of a political services and technology firm.

4. I moved from Loudoun County, Virginia to St. Louis County, Missouri on August 15, 2020. Before moving to Missouri, I resided in Virginia for fifty-two years.

5. I intend to remain in Missouri indefinitely.

6. I became a registered Missouri voter early in 2021. I reside in Missouri's Second Congressional District, Missouri State House District 110, and Missouri State Senate District 15.

7. I intend to vote in every upcoming General Election (November 2026, 2028, 2030, 2032, and so on). I intend to cast votes in the races for President of the United States, Missouri's Second Congressional District, Missouri State House District 110, and Missouri State Senate District 15, among other races.

8. The federal government's policy of including illegal aliens and temporary visa holders in the Census tabulation harms the effectiveness of my vote in these elections. At the federal level, the federal government's policy disadvantages my State's representation in Congress and the electoral college by robbing my State of a representative and a presidential elector that it would otherwise hold if illegal aliens and temporary visa holders were excluded from the Census tabulation. At the state level, the federal government's policy harms the effectiveness of my vote by diluting my representation relative to the representation of Missourians who live in state legislative districts with larger percentages of illegal aliens and temporary visa holders.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed this January 8, 2026.

By: _____

David M. Mason

3