IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| State of Missouri, David Mason, Andrea McCann, Jessica Fisher, and Phillip Fisher,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States Department of Commerce, Howard W. Lutnick in his official capacity as Secretary of Commerce, United States Census Bureau, George Cook in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>*Defendants*. | Case No. |

### DECLARATION OF ANDREA MCCANN

I, Andrea McCann, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge.

1. I am over eighteen years old and competent to make this declaration.

2. I am a naturalized American citizen and a registered voter in the State of Missouri.

3. I was born and raised in a small town in Germany at the edge of the beautiful Rhine River Valley. My parents settled there when they were married, and they raised four children.

4. I came to the United States in 1987, after I was accepted to St. Louis University where I majored in Biology and Pre-med. I commenced my studies that fall, graduating in 1990. During this time, however, I met my husband and my plans changed. After our

wedding, we settled in my husband's home town, St. Louis, Missouri, in June 1990. Later, due to job opportunities outside Missouri, we lived in Virginia from July 1996 to December 1997 and again from January 2015 to August 2022. In August 2022, we returned to Missouri, our home state, where we plan to reside indefinitely now that my husband is retired.

5. Throughout the initial years of our marriage, I tremendously enjoyed observing the heartbeat of this great nation and the freedoms which it affords its citizens. Over time, my desire grew to not only observe, but also to be an active participant in guarding and preserving these treasured freedoms at present and for future generations.

6. Eventually, with the full support of my husband, children, relatives and friends, I embarked in the process of application for citizenship. I became a naturalized citizen of the United States of America, the country I love. That was a memorable day I shall never forget. But this is not the end of the story, for I know that with citizenship comes responsibility which I wholeheartedly accept.

7. I am a registered voter, and I reside U.S. House District 2, Missouri House District 119, and Missouri Senate District 26.

8. I intend to vote in every upcoming General Election (November 2026, 2028, 2030, 2032, and so on). I intend to cast votes in the races for President of the United States, U.S. House District 2, Missouri House District 119, and Missouri Senate District 26, among other races.

9. The federal government's policy of including illegal aliens and temporary visa holders in the Census tabulation harms the effectiveness of my vote in these elections.

At the federal level, the federal government's policy disadvantages my State's representation in Congress and the electoral college by robbing my State of a representative and a presidential elector that it would otherwise hold if illegal aliens and temporary visa holders were excluded from the Census tabulation. At the state level, the federal government's policy harms the effectiveness of my vote by diluting my representation relative to the representation of Missourians who live in state legislative districts with larger percentages of illegal aliens and temporary visa holders.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct to the best of my knowledge.

Executed this January 23, 2026.

By: _____
Mrs. Andrea McCann