IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| State of Missouri, David Mason, Andrea McCann, Jessica Fisher, and Phillip Fisher,<br><br>*Plaintiffs,*<br><br>v.<br><br>United States Department of Commerce, Howard W. Lutnick in his official capacity as Secretary of Commerce, United States Census Bureau, George Cook in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>*Defendants.* | Case No. |

## DECLARATION OF JESSICA FISHER

I, Jessica Fisher, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge.

1. I am over eighteen years old and competent to make this declaration.

2. I am an American citizen and a registered voter in the State of Missouri.

3. I grew up in Enid, Oklahoma and earned my bachelor's degree in Education from Oklahoma State University in 2000. I began my career as a classroom teacher, then chose to step away for a season to stay home with my children. When they entered school, I returned to the early childhood classroom, where I taught for seven years. I was later recruited to develop and lead an early education program in Wichita, Kansas, serving as its director for several years. In 2021, our family relocated to the Kansas City area for my husband's career. In 2024, I accepted my current role as Director of Early

Education at Summit Christian Academy in Lee's Summit Missouri. Since moving to Missouri in 2022, we have built both careers and deep community.

4. I moved from Johnson County, Kansas to Cass County, Missouri in August 2022. Before moving to Missouri, I resided in Kansas for 17 years.

5. I intend to remain in Missouri indefinitely.

6. I became a registered Missouri voter on 11/8/2022. I reside U.S. House District 4, Missouri House District 56, and Missouri Senate District 31.

7. I intend to vote in every upcoming General Election (November 2026, 2028, 2030, 2032, and so on). I intend to cast votes in the races for President of the United States, U.S. House District 4, Missouri House District 56, and Missouri Senate District 31, among other races.

8. The federal government's policy of including illegal aliens and temporary visa holders in the Census tabulation harms the effectiveness of my vote in these elections. At the federal level, the federal government's policy disadvantages my State's representation in Congress and the electoral college by robbing my State of a representative and a presidential elector that it would otherwise hold if illegal aliens and temporary visa holders were excluded from the Census tabulation. At the state level, the federal government's policy harms the effectiveness of my vote by diluting my representation relative to the representation of Missourians who live in state legislative districts with larger percentages of illegal aliens and temporary visa holders.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed this January 26, 2026.

By: _____

Jessica Fisher