IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| State of Missouri, David Mason, Andrea McCann, Phillip Fisher, and Jessica Fisher,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States Department of Commerce, Howard W. Lutnick in his official capacity as Secretary of Commerce, United States Census Bureau, George Cook in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>*Defendants*. | Case No. |

### DECLARATION OF PHILLIP FISHER

I, Phillip Fisher, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge.

1. I am over eighteen years old and competent to make this declaration.

2. I am an American citizen and a registered voter in the State of Missouri.

3. I grew up in Oklahoma and earned my degree in Agriculture with an emphasis in Landscape and Turfgrass Science from Oklahoma State University. After graduating, I was recruited by Ryan Lawn and Tree, where I spent 23 years helping the company grow from 30 employees to more than 530. I began my career as a lawn route manager in Prairie Village Kansas and advanced through the organization, serving as Branch Manager in Wichita Kansas for 10 years before becoming Chief Operating Officer in 2021. During my tenure as COO, the company achieved more than 40% revenue growth

over four years. I have since accepted a national opportunity to launch my own business under a new umbrella. My family and I love Raymore, Missouri, where we have found our strongest sense of community.

4.    I moved from Johnson County, Kansas to Cass County, Missouri in August 2022. Before moving to Missouri, I resided in Kansas for 17 years.

5.    I intend to remain in Missouri indefinitely.

6.    I became a registered Missouri voter on November 8, 2022. I reside U.S. House District 4, Missouri House District 56, and Missouri Senate District 31.

7.    I intend to vote in every upcoming General Election (November 2026, 2028, 2030, 2032, and so on). I intend to cast votes in the races for President of the United States, U.S. House District 4, Missouri House District 56, and Missouri Senate District 31, among other races.

8.    The federal government's policy of including illegal aliens and temporary visa holders in the Census tabulation harms the effectiveness of my vote in these elections. At the federal level, the federal government's policy disadvantages my State's representation in Congress and the electoral college by robbing my State of a representative and a presidential elector that it would otherwise hold if illegal aliens and temporary visa holders were excluded from the Census tabulation. At the state level, the federal government's policy harms the effectiveness of my vote by diluting my representation relative to the representation of Missourians who live in state legislative districts with larger percentages of illegal aliens and temporary visa holders.

2

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed this January 26, 2026.

By: *Phillip Fisher*

Phillip Fisher