# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, DAVID MAZON, ANDREA, MCCANN, JESSICA FISHER, AND PHILLIP FISHER<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, HOWARD W. LUTNICK IN HIS OFFICIAL CAPACITY AS SECRETARY OF COMMERCE, UNITED STATES CENSUS BUREAU, GEORGE COOK IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE U.S. CENSUS BUREAU,<br><br>*Defendants.* | Case No. 4:26-cv-00131-MAL |

## ORDER OF RECUSAL

Upon review of the Court file, the undersigned has determined that her recusal from the case is necessary. Accordingly,

**IT IS HEREBY ORDERED** that Judge Maria A. Lanahan recuses herself from this matter and orders the Clerk of Court to reassign the case through the random selection process.

Dated this 2nd day of February 2026.

*Maria A. Lanahan*
_____
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE

1