UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) ) No. 4:26-CV-00131-MAL |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | ) ) ) ) |
| Defendant(s). | ) ) |

## ORDER

Pursuant to the order of recusal by the Honorable Maria A. Lanahan on February 2, 2026,

**IT IS HEREBY ORDERED** that the above styled cause is reassigned to the Honorable John A. Ross.

| | |
|---|---|
| <u>February 2, 2026</u><br>Date | <u>*Nathan M. Graves*            /</u><br>Clerk of Court |
| | By:  <u>/s/ Jason Dockery            /</u><br>JASON DOCKERY<br>Deputy Clerk |

**In all future documents filed with the Court, please use the following case number: 4:26-CV-00131-JAR**