**PRESIDENT OF THE UNITED STATES**
**DONALD J. TRUMP**

MICHAEL PATTON
michael.patton@ago.mo.gov

©Common law all rights reserved 2026

**Notice and Demand**
**Legal Notice**

To:
**JUDGE MARIA A. LANAHAN**
MOEDml_ExecTeam@moed.uscourts.gov

From:
AUTHORIZED LEGAL REPRESENTATIVE
patrick-james: simmons for
LEGAL FICTION PATRICK J. SIMMONS _____ (one of the People)

**COMMON LAW ACTION**
**CLOSE WRIT**
**AMICUS**
**CURIAE # 4:26-cv-00131**

**Notice by Affidavit of Demand for Change;**
**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent;**

Comes now Affiant, _Patrick -james: simmons_____, one of the people (as seen in All 50 States Constitutions, All political power) Sui Juris, in this court of record, come to you, being trustees of the People, so that you must provide due care and remember your oath which binds you. I make the following statements and claims, this AMICUS brief is in favor for the Defendants;

**Maxim of Law by Charles A. Weisman 51o.** "All political power is inherent in the people by decree of God, thus none can exist except it be driven from them." American Maxim.

- **Maxim of Law by Charles A. Weisman 65u.** "Constitutions and laws precede the judiciary". Luther v. Borden, 7 How. (48 U.S.) 1, 52.

**Pennsylvania Constitution Article 1 § 20.** Right of petition. "The citizens have a right in a peaceable manner to assemble together for their common good, and to apply to those invested with the powers of government for redress of grievances or other proper purposes, by petition, address or remonstrance".

**Miranda v. Arizona, 384 U.S. 436 (1966)** "Where rights secured by the Constitution are involved, there can be **no rulemaking** or legislation which would abrogate them"

- **Marbury v. Madison (1803)** "a law repugnant to the Constitution **is void**, and that courts, as well as other departments, are bound by that instrument".

©Common law all rights reserved 2026

This Affidavit is a *self-executing constitutional provision* and is mandatory (*see*) Black's Law Dictionary 4th edition.

### "WHEN THE COMMON LAW AND STATUTE LAW CONCUR, THE COMMON LAW IS TO BE PREFERRED". 4 Co. 71 Black's Law Dictionary 4th edition

- **Black's Law Dictionary 4th edition: Canon of Judicial Ethics With amendments to January 1, 1968; 3. Constitutional Obligation.** "It is the duty of all judges in the United States to support the **federal Constitution** and that of the state whose laws they administer; in so do-ing, they should fearlessly observe and apply fundamental limitations and guarantees".

**United States Constitution Article VI Clause II.** "This **Constitution**, and the **Laws of the United States** which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the **supreme Law of the Land**; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

Good morning, Judge Maria Lanahan, it has come to the people's attention that the 2020 census has included illegal aliens, persons from foreign nations, persons who are not American "citizens". The inclusion of these "persons" is unconstitutional as they are not "persons", they are persons, and they are also not "citizens" that are merely citizens. No one who is not an American has the constitutional right to be represented in any elections; this right is held sacred and solely for the people.

By including non-citizens in the census count for apportionment purposes, the process dilutes the representation and voting power of the U.S. This undermines the principle that elections and representation are reserved for the American people and deprives states of fair, lawful apportionment of seats in Congress, the Electoral College, and state/local districts. This inclusion violates constitutional principles and is in violation of **18 U.S.C. § 241, U.S.C. § 242.** The plaintiff wins this suit and an injunction should be awarded.

Thank You.

January 31, 2026

**Maxim of Law by Charles A. Weisman 46c.** "Where form is not observed, a nullity of the act is inferred or follows". 12 *Coke*, 7.

- **Nullity. Black's Law dictionary 4th edition.** "Nothing; no proceeding; an act or proceeding in a cause which the opposite party may treat as though it had not taken place, or which has absolutely **no legal force or effect**". Salter v Hilgen, 40 Wis. 363; Jenness v. Lapeer County Circuit Judge, 42 Mich. 469, 4 N.W. 220.

©Common law all rights reserved 2026

[Miller v. United State 230 F.2d 486 (5th circuit)]. "Execution of process and the performance of duty by constituted officers must not be thwarted. But these agents, servants of a Government and a society whose existence and strength comes from these constitutional safeguards, are serving law when they respect, not override, these guarantees."

**Maxim of Law by Charles A. Weisman 2s.** "To write is an act" 2 *Rolle*, 89; 4 Bl. *Comm.* 80; Broom, *Max.* 312, 967

- **Maxim of Law by Charles A. Weisman 62p.** "An unconstitutional Act is not Law; it confers **no rights**; it imposes no duties; it affords no protection; it creates no office; it is; in legal contemplation, an inoperative as though it had never been passed". *Norton v. Shelby County*, 118 U.S. 425, 442.

**Maxim of Law by Charles A. Weisman 24i.** "Private contracts (or agreements) cannot derogate from public law or right". Broom, *Max,.* 695; 7 Coke, 23; *Wing.* Max. max. 201; Co. *Litt.* 166a; *Dig.* 50,17,45,1.

- **Maxim of Law by Charles A. Weisman 5h.** "There is no doubt that the rights of others cannot be prejudiced by **private agreements**". *Dig.* 2, 15, 3, pr.; Broom, *Max.* 623.

Any man or woman who denies these claims are true must rebut them under penalty of perjury in the form of a sworn affidavit. Any man or woman who is found to have committed the maladministration and malfeasance indicated in this affidavit agrees to pay a fine minimum of $40,000 per 7 days, consecutively, after receiving this affidavit. Any dispute, by any public officials who are bound by contract to the Pennsylvania Constitution, agrees to have these matters heard before an Arbitrator of Affiant's choice at the expense of the public official. Any man or woman denying these claims are true must rebut these claims point by point within (3) days (72 hours). Failure to respond means that, by acquiescence. you agree that all claims are true and may not be reheard.

This affidavit has no expiration date.
This affidavit is transferable to any people who may come forward.

©Common law all rights reserved 2026