UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, DAVID MASON, ANDREA MCCANN, JESSICA FISHER, AND PHILLIP FISHER,<br><br>     *Plaintiffs*,<br> v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, HOWARD W. LUTNICK in his official capacity as Secretary of Commerce, UNITED STATES CENSUS BUREAU, GEORGE COOK in his official capacity as Acting Director of the U.S. Census Bureau.,<br><br>     *Defendants*. | No. 4:26-cv-00131-JAR |

### MOTION TO INTERVENE AS DEFENDANTS BY OCA-ASIAN PACIFIC AMERICAN ADVOCATES, MAKE THE ROAD NEW YORK, NEW YORK IMMIGRATION COALITION, AND FIEL HOUSTON

OCA-Asian Pacific American Advocates, Make the Road New York, New York Immigration Coalition, and FIEL Houston (collectively, "Proposed Intervenors") respectfully move to intervene as of right under Federal Rule of Civil Procedure 24(a)(2) as Defendants or, in the alternative, for permissive intervention under Rule 24(b). Proposed Intervenors append to this motion a proposed motion to dismiss and memorandum in support as Exhibits 1 and 2, respectively, by way of a response to the Complaint. *See* Fed. R. Civ. P. 24(c).

Dated: February 9, 2026

/s/ *Gillian R. Wilcox*
Gillian R. Wilcox #61278(MO)
Jason A. Orr #56607(MO)
ACLU OF MISSOURI FOUNDATION
406 West 34th Street, Ste. 420
Kansas City, MO 64111
Phone: (816) 470-9938

Respectfully submitted,

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin* #5182076(NY)
Davin Rosborough* #4926895(NY)
Jonathan Topaz* #5671151(NY)
Ethan Herenstein* #5743034(NY)
William Hughes* #5867346(NY)
Theresa J. Lee* #5022769(NY)

1

Fax: (314) 652-3112
gwilcox@aclu-mo.org
jorr@aclu-mo.org

Kristin M. Mulvey #76060(MO)
Jonathan D. Schmid #74360(MO)
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, MO 63101
Phone: (314) 652-3114
kmulvey@aclu-mo.org
jschmid@aclu-mo.org

John A. Freedman* #453075(DC)
Elisabeth S. Theodore* #1021029(DC)
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Phone: (202) 942-5000
Fax: (202) 942-5999
john.freedman@arnoldporter.com
elisabeth.theodore@arnoldporter.com

Niyati Shah #1659560(DC)
ASIAN AMERICANS ADVANCING
JUSTICE – AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 20036
(202) 296-2300
(202) 296-2318 (fax)
nshah@advancingjustice-aajc.org

Grayce Zelphin #279112(CA)
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 621-2493
Fax: (415) 255-1478
gzelphin@aclunc.org

Ming Cheung* #5647763(NY)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (332) 234-9285
slakin@aclu.org
drosborough@aclu.org
jtopaz@aclu.org
eherenstein@aclu.org
whughes@aclu.org
tlee@aclu.org
mcheung@aclu.org

Adriel I. Cepeda Derieux* #4919163(NY)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
Phone: (740) 632-0671
acepedaderieux@aclu.org

Perry Grossman* #5382106(NY)
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Phone: 212.607.3347
Fax: (212) 607-3318
pgrossman@nyclu.org

Ashley Harris* #24123238(TX)
Thomas Buser-Clancy* #24078344(TX)
ACLU FOUNDATION OF
TEXAS, INC.
1018 Preston St.
Houston, TX 77002
Phone: (713) 942-8146
Fax: (713) 942-8966
aharris@aclutx.org
tbuser-clancy@aclutx.org

Julia A. Gomez* #316270(CA)
Peter J. Eliasberg* #189110(CA)
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
PO Box 811370
Los Angeles, CA 90081

        Phone: (213) 977-9500
        Fax: (213) 915-0219
        jgomez@aclusocal.org
        peliasberg@aclusocal.org

*Counsel for Proposed Intervenors OCA-Asian Pacific American Advocates, Make the Road New York, New York Immigration Coalition, and FIEL Houston*

*applications for admission pro hac vice forthcoming