# DECLARATION OF THU NGUYEN

I, Thu Nguyen, declare as follows:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

### *Background*

2. I am the Executive Director of OCA-Asian Pacific American Advocates ("OCA").

3. OCA is a nonpartisan 501(c)(3) nonprofit membership organization. It has over 35 chapters and affiliates across the United States. OCA's headquarters are in Washington, D.C.

4. OCA has a total of approximately 200,000 members, including 1,544 paid members. Members pay annual dues to OCA and choose to affiliate with a local chapter or be an "at large" member. Fifty percent of each member's dues are sent by OCA to the member's affiliated local chapter.

5. Current dues-paying members, known as voting members, have the right to vote for local chapter leadership, hold office within OCA and its chapters, and serve on committees or task forces. OCA currently has over 1,500 voting members.

6. Voting members of OCA elect local chapter leadership, including but not limited to a board of directors, officers, including president and treasurer. A chapter may designate a separate Director to OCA's National Board or have the chapter President be its designee. The National Board is comprised of leadership from the local chapters, with larger chapters having additional representation, and elects the Executive Council of OCA, including its President. OCA's National Board also conducts, manages, and sets the mission, national policies and resolutions,

and strategic plan and affairs of OCA. Each chapter must comply with policies, resolutions, and procedures set forth by the National Board.

7. OCA has members in 45 states, two U.S. territories, and Washington, D.C. Specifically, we have 46 members in Missouri, 235 members in California, 207 members in New York, 267 members in Arizona, 130 in Texas, 43 in Florida, and 42 in Ohio. These are all paid, voting members.

8. In particular, OCA has members, including citizen voters, in each of the states that Plaintiffs allege will lose representation if the Court grants Plaintiffs' requested relief. One such member from California, is Jinky Dolar. Another is from New York, Brianna Cea. And one is from Texas, Deborah Chen.

9. OCA's mission is to advance the sociopolitical and holistic well-being of Asian Americans, Native Hawaiians, and Pacific Islanders ("AANHPIs") in the United States in a variety of areas, including civic engagement.

10. Defending the voting rights of AANHPI U.S. citizens is core to OCA's mission as well as to its national and state priorities, and helps give voice to the needs of AANHPIs across the country who contribute to our nation's fabric but do not have the right to vote. This includes reducing barriers to voting, including challenging restrictive identification laws, burdensome registration windows, and racial gerrymandering.

11. Because furthering AANHPI civic engagement and advancing the needs of AANHPIs is core to OCA's mission, OCA and its chapters engage in Census outreach and awareness, voter registration, education, and mobilization efforts.

*Census Related Activities*

12. OCA's work related to the Census, including but not limited, through its chapters in Texas, Arizona, California, Washington, Ohio, New York, Florida, emphasizes its importance

2

in determining political apportionment, including the number of representatives each state will have in Congress, the number of electors per state in the Electoral College, and the boundaries and composition of Congressional districts. Our work also emphasizes its importance in determining how much government funding communities will receive for matters such as education, and healthcare.

13. OCA and its chapters have conducted, at least since 2010, community education about the importance of participating in the Census. And we intend to do so for the 2030 Census. Our education and outreach efforts emphasize that the Census counts every resident of the United States, regardless of age, citizenship status, or ability to vote. This message is important because it affirms the humanity and dignity of all Americans, including AANHPIs, and the responsibility that all Americans, including undocumented Americans, bear for responding to the Census and ensuring that their home states and communities are allocated their fair share of political power and government funding.

14. Importantly, OCA and its chapters have emphasized the importance of participating in, and assisted in completing, the Census in multiple Asian languages, including but not limited to Chinese, Vietnamese, Korean, Tagalog, and Japanese.

15. For example, one of OCA's chapters in Texas alone created promotional materials such as magnets and bookmarks about participation in the Census, paid for advertisements in Chinese language newspapers, conducted a door-to-door canvas of several hundred households, held a community Census briefing, and presented at school district meetings. It also designed and distributed over 10,000 copies of a unique four-page reference section printed in Chinese and English that served as a readily available reference guide when constituents received their official Census forms.

3

16. It is through such outreach activities that OCA and its chapters help reach populations likely to be undercounted during a decennial Census, including limited English proficient communities, new immigrant communities, and multi-status households.

17. Moreover, from the work OCA and its chapters conduct in the community beyond the Census, we understand that our communities—many of whom are immigrants—already have a heightened fear of interacting with the government, especially in light of the Trump Administration's escalating anti-immigrant actions and rhetoric, including warrantless ICE raids and limiting or stopping immigration from numerous countries. If the Census excludes segments of our country because of certain immigration statuses, resulting in recalculated representation or the next apportionment is done in accordance with this exclusion, the fear and distrust with the government in our communities will be greatly exacerbated and harm OCA and our members in several ways.

18. For one, the increased fear and disengagement in the communities we serve, including but not limited to the immigrant AANHPIs, from their forced exclusion from the Census apportionment count will make our Census engagement work much more difficult. By undermining our messaging about the purpose of the Census and further marginalizing and confusing these AANHPI communities, many of whom have limited English proficiency, a change to the Census apportionment count makes it less likely that the AANHPI communities we serve will be responsive to our Census education and outreach efforts. In order for OCA to help ameliorate the effects of a midcycle Census or a Census that excludes certain segments of our country, will take resources we would otherwise have devoted to helping our members register to vote, mobilize election turnout, educate them on and advocate for policies that help our

4

communities, including but not limited to increasing broadband access, gun violence prevention, access to healthcare, and education opportunities.

*Impact of Census Data*

19. OCA and its chapters work to ensure an accurate Census is crucial to our policy and advocacy work. For example, OCA mobilizes national and state-level advocacy to protect and strengthen federal programs vital to the well-being of AANHPI communities.

20. This policy work includes advocating for healthcare programs like Medicaid, Medicare, and the Affordable Care Act which rely on, and need accurate Census data. An inaccurate and incomplete Census count will result in cuts or decline in funding for these programs and will disproportionately harm AANHPI seniors and low-income families, including OCA members.

21. OCA and its chapters' policy and advocacy work also focuses on education and federal funding, including but not limited to, English learner programs and the Asian American and Native American Pacific Islander-Serving Institutions Program. An inaccurate and incomplete Census count will result in cuts or declination of funding for these programs and will disproportionately harm AANHPI families, including OCA members.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2026

By: _____
        Thu Nguyen (Feb 9, 2026 16:40:30 EST)
Thu Nguyen

5