# DECLARATION OF SIENNA FONTAINE

My name is Sienna Fontaine. I am over the age of twenty-one and fully competent to make this declaration. I declare the following based on my personal knowledge:

1. I am the Co-Executive Director of Make the Road New York ("MRNY"). I have held this position since April 1, 2025. I previously served as General Counsel and before that as Legal Director. I have worked at MRNY since 2015.

2. MRNY is a nonprofit organization with offices and service centers in Brooklyn, Queens, Staten Island, Brentwood, and White Plains. MRNY's mission is to build the power of immigrant and working-class communities to achieve dignity and justice. It does so through four core strategies: Legal and Survival Services, Transformative Education, Community Organizing, and Policy Innovation. MRNY's mission applies to all immigrants, regardless of immigration status.

3. MRNY is a membership-based organization, and MRNY has close to 30,000 members who reside in New York State—primarily in New York City, Nassau County, Suffolk County, and Westchester County. These members participate in and help lead multiple organizing committees across several issues and program areas of concern to the organization. Members take on leadership roles in the campaigns, determine priorities, and elect the representatives who comprise most of the Board of Directors.

4. MRNY has an ongoing commitment to promoting engagement with the U.S. Census among its members and constituents. This is because a complete and accurate Census is core to MRNY's mission of building power in our communities and is critical to ensuring that our members receive the government funding and full political representation to which they are entitled. Our members in New York benefit when our state has its full

complement of Congressional representatives and electoral votes, as well as adequate funding for the facilities, programs, and services they use, which receive Census-guided federal funding.

5. In my capacity as Co-Executive Director, I am responsible for overseeing our staff, fundraising, and shaping many of MRNY's organizational priorities, including MRNY's work related to the U.S. Census. I am familiar with the importance of data gathered from the Census in apportioning political representation and some government funding sources. MRNY has invested significant organizational resources in encouraging members and the immigrant communities we serve to respond to the Census. This work includes, among other things, general education programs, workshops for members, presentations in schools, and person-to-person outreach. We have also engaged in digital organizing around the Census, including through webinars and presentations streamed over Facebook Live, and placing op-eds in print media. As part of our efforts related to the 2020 Census, we logged 60,133 calls and 75,075 text messages to promote Census participation and confirmed participation by 9,636 people. Overall, MRNY was a leader in getting people in the communities it serves to complete the 2020 Census, boosting participation rates.

6. MRNY plans to engage in similar efforts related to the 2030 Census. We expect to engage in a robust program to educate our community about the Census with the goal of increasing our mobilization efforts and interacting with even more people to encourage them to participate. This work will be central to MRNY's civic engagement efforts for the next several years, through the next census.

7. Our work related to the Census emphasizes its importance in determining political apportionment, including the number of representatives each state will have in Congress, the number of electors per state in the Electoral College, and the boundaries and composition of Congressional districts. Our work also emphasizes its importance in determining how much government funding communities will receive for matters such as education, public housing, transportation, and healthcare.

8. Our education and outreach efforts also emphasize that the Census counts every resident of the United States, regardless of age, citizenship status, or ability to vote. This message is important because it affirms the humanity and dignity of all Americans and the responsibility that all Americans, including undocumented Americans, bear for responding to the Census and ensuring that their home states and communities are allocated their fair share of political power and government funding.

9. If this lawsuit is successful and the Plaintiffs win the relief that they seek, MRNY's members and MRNY as an organization will be harmed.

10. Plaintiffs claim that if undocumented immigrants and temporary visa holders were excluded from the 2020 Census and 2021 Apportionment, New York would have received one fewer Congressional seat and electoral vote. They also claim that if these groups are excluded from the 2030 Census and 2031 Apportionment, New York will receive one fewer Congressional seat and electoral vote than it is projected to if they are included. MRNY's members, all of whom primarily live in New York, would suffer this representational injury if Plaintiffs allegations are correct about which states will lose seats.

11. MRNY members reside in New York City, and Westchester, Nassau, and Suffolk Counties, the populations of which include immigrant communities of color that

3

far exceed state and national averages. These areas would also be disadvantaged relative to other communities in New York State if undocumented immigrants and temporary visa holders were excluded from the apportionment. MRNY members would have diminished representation as a result of intrastate districting based on this exclusion.

12. These include individual members such as Gladys Puglla, a resident of Brooklyn who has been a MRNY member for over 20 years. Gladys is a registered voter in New York. She also relies on Census-directed funding streams: she works in Manhattan, using the subway and bus systems every day to commute to work and get around. Gladys' five grandchildren, ranging in age from seven to fifteen, all live in New York and attend at least one attends a Title 1 school. Her youngest grandson, whom she frequently helps to take care of, has been diagnosed with autism, and the family relies on educational supports provided through his Individual Education Plan, or IEP. Should Plaintiffs succeed, the resulting undercount will cause Gladys and her family to lose out on a number of services that they currently rely on.

13. MRNY will also be harmed as an organization if Plaintiffs are successful. Plaintiffs seek an injunction requiring Defendants to redo the 2020 Census. If this relief were granted, it would be very disruptive to our work. MRNY would be forced to engage in robust outreach and education efforts to increase participation by its members and the communities it serves, potentially on an abridged schedule. These efforts would divert money away from MRNY's other projects, such as civic engagement and community organizing, and from its preparation for the 2030 Census.

14. MRNY would also be harmed because exclusion of undocumented immigrants and temporary visa holders from the 2030 Census and the 2031 Apportionment

would make its prospective census-related work more difficult. From my knowledge and experience working in our communities, many people we want to participate in the Census may neglect or decline to do so because they no longer believe they are supposed to fill out the Census, because they fear participating, or because of what they perceive as the diminished importance of their participation. MRNY would have to expend resources to combat this depressed participation, including by strategizing internally, updating existing materials, generating new programming, and conducting additional outreach in various formats. These additional resources would have to come from other MRNY programs, harming our overall work.

I, Sienna Fontaine, declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2026

_____

Sienna Fontaine