## DECLARATION OF MURAD AWAWDEH

I, Murad Awawdeh, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury the following:

1. I am the President and Chief Executive Officer for the New York Immigration Coalition ("NYIC"). In that capacity, I am responsible for overseeing the strategic direction and overall success for the organization, including its work around the Decennial Census. I have been on staff at NYIC since 2014.

2. NYIC is an umbrella policy and advocacy organization for nearly 200 groups in New York State, representing the collective interests of New York's diverse immigrant communities and organizations. NYIC is headquartered in New York City.

3. NYIC's mission is to unite immigrants, members, and allies so that all New Yorkers can thrive. NYIC envisions a New York State that is stronger because all people are welcome, treated fairly, and given the chance to pursue their dreams. NYIC pursues solutions to advance the interests of New York's diverse immigrant communities and advocates for laws, policies, and programs that lead to justice and opportunity for all immigrant groups. It seeks to build the power of immigrants and the organizations that serve them to ensure their sustainability, improve people's lives, and strengthen New York State.

4. NYIC's members are dues-paying nonprofit organizations—some of them organizations with individual members—that are committed to advancing immigrant justice, empowerment, and integration. NYIC's member organizations are located throughout New York State and beyond, and are working to serve and empower immigrant communities. NYIC's members include organizations focused on advocacy, civic engagement, and/or direct services connected to but not limited to legal, health, education, employment, language access, and more. Representatives of NYIC member organizations serve on the NYIC Board of Directors. More than 190 organizations belonged to NYIC's membership during NYIC Fiscal Year 2025-2026. In addition to the organizations that are part of the NYIC's formal membership, NYIC also works with many organizations that it considers to be partners, and collaborates with them on various advocacy and implementation campaigns and projects.

5. As an organization, NYIC has an ongoing commitment to promoting engagement in the Decennial Census among

individuals served by its member organizations—in large part because of how critical the population count determined by the Census is for our members' level of governmental funding and their level of political representation at the federal, state, and local levels.

6. In 2010, NYIC partnered with the New York Community Media Alliance to launch an outreach campaign to boost immigrant participation in the 2010 Census. As part of that effort, NYIC coordinated public service announcements in 24 languages that appeared in 69 newspapers. NYIC also held press briefings with elected officials. These efforts helped to increase New York City's mail-in 2010 Census participation rate by approximately 3%.

7. In March 2018, NYIC rallied stakeholders, allies, and partners to form a statewide coalition called "New York Counts 2020," whose mission was ensuring a full and accurate count for our state. This non-partisan, broad-based coalition was composed of racial, ethnic, immigrant, religious, health, education, labor, housing, social services, and business groups working in partnership with state and local government officials. Through the coalition's efforts, state and local governments allocated budgets to support Census outreach, and ultimately, New York defended itself against a significant undercount.

8. NYIC invested significant resources in building and coordinating the work and reach of New York Counts 2020. The coalition served as a central hub for community organizing, through robust advocacy, outreach, and mass educational forums, disseminating online petitions, petitioning Community Boards to pass resolutions for a fair and accurate count, and co-convening an all-day statewide conference, "Making New York Count in 2020." NYIC coordinated the working committees of New York Counts 2020, including by: coordinating "train the trainer" sessions throughout the state to equip leaders with tools to educate their communities on the importance of the Census; devising effective messaging to convince hard-to-reach communities to participate; empowering coalition members to assist their communities in completing the Census online; and advocating to ensure that there are no unnecessary barriers impeding marginalized communities from being counted while also ensuring their privacy is protected. The New York Counts 2020 coalition ultimately played a pivotal role in achieving successful Census outcomes.

9. In 2023, NYIC joined with Census stakeholders across philanthropy and practitioner organizations to scaffold a New York Counts 2030 coalition for the upcoming 2030 Census. This coalition has connected with national partners and developed

American Community Survey outreach initiatives. In 2025, it created the NewYorkCounts.org website, a foundational resource hub for Census advocates to archive their materials from the previous decennial and serve as a landing page for Census advocates to learn, connect, and share their Census resources throughout the decade. NYIC continues to take a leading role in building a robust Census 2030 coalition in New York State, through coalition building, budget advocacy, political engagement, and community engagement and mobilization.

10. Census data is used in the allocation of billions of dollars in federal funding for vital social service programs and infrastructure projects. Despite anticipated budget cuts, New York will receive tens of billions of dollars alone in federal funds for major programs such as Medicaid, Medicare Part B, Section 8 housing, Title 1 grants, highway planning and construction, and SNAP.

11. Additionally, as the only population count used for the drawing of federal, state, and local district lines, the census determines political power for a decade. In 2020, the New York State lost a Congressional seat and an electoral vote—an outcome that could have been avoided with only 89 more responses. These shifts significantly shape the legislature's composition and influence the legislation, policies, and funding that affect all communities, especially in high-population areas, typical for many immigrant communities.

12. Many of the programs from which NYIC member and partner organizations receive money allocate funding based on population and demographic data generated by the Decennial Census. Among other Census-guided programs, NYIC member organizations currently or used to receive funding through the Medical Assistance Program, also known as Medicaid, to provide community health services; the Special Supplemental Nutrition Program for Women, Infants, and Children; the State Children's Health Insurance Program; programs authorized under the Workforce Innovation and Opportunity Act, to provide education, training, and other services to aid job seekers in securing employment; English Language Acquisition Grants; and formula grants authorized by the Violence Against Women Act.

13. This funding can represent a very large percentage of these organizations' general operating budget. For example, one of the NYIC's partner organizations reports that federal money accounts for about 40% of its supportive housing budget, and 51% of its shelter budget is through federal TANF funds. If New York State is undercounted in the 2030 Census due to the

exclusion of undocumented immigrants, many NYIC Member and partner organizations would face potential cuts in funding. One of the NYIC's Member organizations reports that 100% of its home care clients—meaning 3,000 clients who could lose services and 4,500 workers who could lose jobs—will be affected if cuts to Medicaid funding happen.

14. Since the re-election of President Trump, the NYIC and its member and partner organizations have experienced significant strain on their capacity as they responded to an increasingly hostile federal policy environment for immigrant New Yorkers. Escalated federal immigration enforcement, sustained policy rollbacks, and dehumanizing official rhetoric have generated widespread fear and instability across immigrant communities statewide. Families have faced separation, workers have been targeted through enforcement actions, and entire neighborhoods have been destabilized by heightened surveillance, uncertainty and violence. These harms are not limited to individuals without lawful status, but extend to mixed-status families—households that include U.S. citizens, lawful permanent residents, and undocumented family members—forcing entire families to alter daily behavior, withdraw from civic life, and live under the constant threat of enforcement-driven disruption.

15. This mirrors the NYIC's experience leading up to and during the 2020 Census. Before the citizenship question was announced, the NYIC was already facing significant challenges in its Census outreach, as New York immigrant communities were becoming increasingly more skeptical and fearful of interacting with the government due to the Trump Administration's persistently hostile and discriminatory actions and attitudes toward immigrants of color. Following the announcement of the citizenship question, that fear dramatically increased and was not only felt by undocumented immigrants and non-citizens with legal status, but also family and household members of non-citizens who were concerned that participating in the Census would endanger their loved ones. Many of the NYIC's member organizations at the time reported that some of their members expressed an unwillingness to participate in the Census because of the citizenship question.

16. At the time of this writing, the State of Missouri's lawsuit is a week old and from what we can tell, many immigrants in New York State are not yet aware of its existence. That said, I do anticipate that will change very soon, and immigrants will feel even more targeted and unsafe because of it. Similar to the citizenship question proposed for the 2020 Census, we believe this will contribute to an atmosphere where

many undocumented immigrants, in addition to citizens and noncitizens with legal status living in mixed status households, avoid taking the census out of fear that their information will be shared with immigration enforcement agencies.

17. If Missouri prevails in this case, NYIC and its members and partner organizations will need to devote more financial and human resources to help community members stay informed of their legal rights around the census, help people safely engage in the Census, and support New York in gaining as accurate of a count as possible. To help make this possible, the NYIC anticipates overextending its already overextended resources and devoting more capacity to fundraising around the Census. The shifting of these human and financial resources will in turn take away from already existing priorities around advocacy and implementation campaign planning and, and direct service coordination and delivery.

18. The NYIC is currently planning to make substantial investments to achieve Census participation rates comparable to what we would have achieved in absence of this threat. Over the next four years, NYIC is planning to spend approximately $4 million on community education and outreach efforts to work towards a complete and accurate count within the communities that NYIC and its member organizations serve. The $4 million that NYIC anticipates spending on 2030 Census-related work represents an increase of approximately 12.5% over what NYIC spent on the 2020 Census between 2018 and 2020.

19. This lawsuit seeking to stop the counting of undocumented immigrants will, especially if successful, result in even greater levels of fear and suspicion on top of what already exists due to the current administration's deportation/anti-immigrant agenda. As a result, NYIC and its member organizations will be forced to expend more resources on their outreach efforts to try to educate community members about their legal rights with the Census and promote engagement in the Census, so that the New York State's population can be counted as accurately as possible, and ensure that New York State is allocated the appropriate amount of federal funding and congressional seats in response. Due to this strain on resources, NYIC is already fundraising to try to support its 2030 Census work. NYIC will need to apply for additional grants to sustain the increased need for 2030 Census outreach, further diverting its resources that would otherwise be spent on trying to obtain grants for other areas.

20. It is our understanding that Plaintiffs suggest that one possible form of relief would be to re-do the 2020 census enumeration. To retroactively re-do the 2020 census

enumeration would gravely harm NYIC and our constituent members to an equal or greater extent than the harms described here above for the upcoming 2030 census, and in many of the same ways.

I, Murad Awawdeh, declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2026

Murad Awawdeh

2