# DECLARATION OF CESAR ESPINOSA

My name is Cesar Espinosa. I am over 21 years of age and have personal knowledge of the facts stated in this declaration. I declare under penalty of perjury as follows:

1. I am the Executive Director of FIEL Houston, Inc. ("FIEL"). As FIEL's founding director, I have been on staff at FIEL since May 2007. As Executive Director, I am responsible for managing the day-to-day operations of FIEL, overseeing FIEL's communications and media outreach, and developing FIEL's programmatic work, including public education and outreach efforts around the Decennial Census.

2. FIEL is a nonprofit membership organization based in Houston. FIEL's mission is to advocate for just laws for immigrants and their families, access to higher education for all people regardless of immigration status, and access to justice for the community. To do that, FIEL engages in four core programs: access to higher education, immigration legal services, civic engagement, and community outreach.

3. I have direct, personal knowledge of FIEL's census outreach and education efforts. FIEL conducts public service announcements, participates in Census Bureau partner meetings, and collaborates directly with census officials to promote participation. Approximately 100 community members visit FIEL's office each week seeking immigration legal services, educational resources, and other assistance. In the run-up to the census, staff and volunteers regularly educate community members during these visits about the census, explain what it is, why it matters, and encourage them to respond. FIEL also uses signage in our office, door-to-door canvassing, community events, and social media outreach in English and Spanish to promote census participation.

4. FIEL has more than 60,000 members who reside in Harris County, Texas, and neighboring counties in the greater Houston metropolitan area. FIEL provides direct services to approximately 5,000 to 6,000 individuals each year through its office-based programs, including immigration legal services and educational support. FIEL maintains a very active membership comprised of individuals and families who receive FIEL's services and those who volunteer in FIEL's programmatic work, including door-to-door canvassing, community outreach initiatives, direct actions, and public education.

5. FIEL members in Houston rely on several facilities and services the funding for which is allocated based on the data generated by Decennial Census. These facilities and services include public education funding, housing assistance programs, nutrition assistance, healthcare programs such as Medicaid and CHIP, and transportation and infrastructure funding. In Houston, where public transportation options are limited, many of our members depend on federal and state infrastructure funding to maintain roadways necessary to commute to work and access essential services. An undercount of immigrant communities would directly jeopardize these funding streams and harm FIEL's members and their families.

6. Because a complete and accurate census count is critical to ensuring that our members receive the government funding and full political representation to which they are entitled, FIEL has an ongoing commitment to promoting engagement in the Decennial Census among its members and constituents. In preparation for the 2010 Census, FIEL committed resources to educating immigrant communities on the importance of the Census. Since then, FIEL has been and remains committed to its Get Out the Count efforts and other Census education initiatives in part because FIEL understands that immigrants and communities of color have been consistently and routinely undercounted by the Census. In the runup to the 2020 Census, FIEL

2

conducted outreach and engagement work with immigrant communities in the greater Houston area to encourage Census participation. That work consisted of educating constituents about the Decennial Census and its importance to the community—in particular, that the population count under the Census partially determines the level of governmental funding for programs and schools that our members rely on and the amount of political representation our members receive at the federal, state, and local levels.

7. FIEL informs its members and the communities it serves that it is important to participate in the Census to ensure proper school funding and improve public education, topics about which our immigrant communities care deeply. Our education and outreach efforts also emphasize that the Census counts every resident of the United States, regardless of age, citizenship status, or ability to vote. This message is important because it affirms the humanity and dignity of all Americans and the responsibility that all Americans, including undocumented Americans, bear for responding to the Census and ensuring that their home states and communities are allocated their fair share of political power and government funding.

8. FIEL expects to engage in similar, and likely expanded, efforts related to the 2030 Census. Based on prior experience and the current political climate, FIEL anticipates dedicating approximately five staff members and 15 to 20 volunteers to census work, at an estimated cost of $10,000-$15,000. This represents an increase over prior census cycles due to higher costs, increased misinformation, and heightened fear of immigration enforcement within the communities FIEL serves. FIEL expects to rely heavily on door-to-door canvassing, because community members are more likely to engage with people they know and trust. This work will be central to FIEL's civic-engagement efforts for the next several years, through the next Census.

9. From our work in the community, we understand that immigrants and their families and communities already have a heightened fear of contact with the government and distrust of government officials, especially in light of the Trump Administration recent anti-immigrant raids. Many of FIEL's constituents and members presently avoid contact with government officials, are reluctant to leave their homes, and fear that interactions with authorities could lead to detention or deportation. During the 2020 Census, FIEL observed fear, confusion, and misinformation, including rumors that census responses would be used to inquire about immigration status. Excluding undocumented immigrants from the apportionment base would exacerbate these fears by undermining FIEL's core message that everyone counts and that all residents, regardless of status, should participate in the census. Community members who are already wary would become even less likely to respond, making FIEL's outreach efforts substantially more difficult and less effective.

10. Furthermore, the exclusion of undocumented immigrants from the apportionment base would create a well-justified fear that the Administration will try to identify where undocumented immigrants live and their numbers to exclude them from the Census. Based on my experience as FIEL's Executive Director and through my regular contacts with our members, our organizing staff, and our communications staff, what the Plaintiffs want here will make our efforts to encourage Census participation more difficult and will require FIEL to devote additional time and resources to combating fear, correcting misinformation, and encouraging participation. This would require internal strategizing, revising outreach materials, expanding programming, and hiring an additional organizer, all at significant cost. All such resources would be diverted from FIEL's other core programs, including access to higher education initiatives and school-based educational counseling for students and families.

11. I understand Plaintiffs allege that if undocumented immigrants and temporary visa holders were excluded from the 2020 Census and 2021 Apportionment, Texas would have received fewer congressional seats and electoral votes than it did. They also claim that if these groups are excluded from the 2030 Census and 2031 Apportionment, Texas will receive fewer congressional seats and electoral votes than it is projected to receive if they are included.

12. If this lawsuit were successful and Plaintiffs' allegations are correct, it would directly harm FIEL's members, who as residents of Texas, would be directly harmed by the loss of political representation and reduced political power, particularly in Texas and in the Houston area, which is home to some of the largest immigrant communities in the state.

13. Many of FIEL's members are U.S. citizens and registered to vote whose voting power and representation would be diluted by the exclusion of undocumented immigrants or those with temporary status from the apportionment count, according to Plaintiffs' allegations. One of the many FIEL members who is a registered citizen and will suffer injury due to these exclusions from the apportionment base is Abraham Espinosa, a longtime FIEL leader and community advocate, who will suffer concrete injury as a result of these exclusions from the apportionment base. Mr. Espinosa relies on census-linked funding streams, including healthcare services and nutrition assistance programs. The resulting undercount of Mr. Espinosa's community if Plaintiffs succeed would directly harm him by diminishing the availability and quality of healthcare and food assistance resources on which he relies, as well as by weakening the representational value of his vote.

14. FIEL would also be harmed because exclusion of undocumented immigrants and temporary visa holders from the 2030 Census and 2031 Apportionment would make its prospective census-related work more difficult. From my knowledge and experience working in

5

our communities, many people we want to participate in the Census may neglect or decline to do so because they no longer believe they are supposed to fill out the Census, because they fear participating, or because of what they perceive as the diminished importance of their participation. FIEL would have to expend resources to combat this depressed participation, including by strategizing internally, updating existing materials, generating new programming, and conducting additional outreach in various formats. These additional resources would have to come from other FIEL programs, harming our overall work.

I, Cesar Espinosa, declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2026



Cesar Espinosa