UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, DAVID MASON, ANDREA MCCANN, JESSICA FISHER, AND PHILLIP FISHER,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, HOWARD W. LUTNICK in his official capacity as Secretary of Commerce, UNITED STATES CENSUS BUREAU, GEORGE COOK in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>*Defendants*. | No. 4:26-cv-00131 (JAR) |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, the undersigned counsel of record hereby discloses the following for **OCA-Asian Pacific American Advocates**:

1. If the subject is a nongovernmental corporation that is a proposed intervenor in a civil case:

    a. Whether it is publicly traded: **It is not publicly traded**

    b. Its parent companies or corporations: **None**

    c. Subsidiaries that are not wholly owned by the subject: **None**

    d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock: **None**

1

Dated: February 10, 2026

/s/ Gillian R. Wilcox
Gillian R. Wilcox #61278(MO)
Jason A. Orr #56607(MO)
ACLU OF MISSOURI FOUNDATION
406 West 34th Street, Ste. 420
Kansas City, MO 64111
Phone: (816) 470-9938
Fax: (314) 652-3112
gwilcox@aclu-mo.org
jorr@aclu-mo.org

Kristin M. Mulvey #705688(MA)/#76060(MO)
Jonathan D. Schmid #74360(MO)
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, MO 63101
Phone: (314) 652-3114
kmulvey@aclu-mo.org
jschmid@aclu-mo.org

John A. Freedman* #453075(DC)
Elisabeth S. Theodore* #1021029(DC)
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Phone: (202) 942-5000
Fax: (202) 942-5999
john.freedman@arnoldporter.com
elisabeth.theodore@arnoldporter.com

Niyati Shah* #1659560(DC)
ASIAN AMERICANS ADVANCING
JUSTICE – AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 20036
(202) 296-2300
(202) 296-2318 (fax)
nshah@advancingjustice-aajc.org

Grayce Zelphin #279112(CA)
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 621-2493
Fax: (415) 255-1478
gzelphin@aclunc.org

Respectfully submitted,

/s/ Sophia Lin Lakin
Sophia Lin Lakin* #5182076(NY)
Davin Rosborough* #4926895(NY)
Jonathan Topaz* #5671151(NY)
Ethan Herenstein* #5743034(NY)
William Hughes* #5867346(NY)
Theresa J. Lee* #5022769(NY)
Ming Cheung* #5647763(NY)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (332) 234-9285
slakin@aclu.org
drosborough@aclu.org
jtopaz@aclu.org
eherenstein@aclu.org
whughes@aclu.org
tlee@aclu.org
mcheung@aclu.org

Adriel I. Cepeda Derieux* #4919163(NY)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
Phone: (740) 632-0671
acepedaderieux@aclu.org

Perry Grossman* #5382106(NY)
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Phone: 212.607.3347
Fax: (212) 607-3318
pgrossman@nyclu.org

Ashley Harris* #24123238(TX)
Thomas Buser-Clancy* #24078344(TX)
ACLU FOUNDATION OF
TEXAS, INC.
1018 Preston St.
Houston, TX 77002
Phone: (713) 942-8146
Fax: (713) 942-8966
aharris@aclutx.org

2

        tbuser-clancy@aclutx.org

        Julia A. Gomez* #316270(CA)
        Peter J. Eliasberg* #189110(CA)
        ACLU FOUNDATION OF SOUTHERN
        CALIFORNIA
        PO Box 811370
        Los Angeles, CA 90081
        Phone: (213) 977-9500
        Fax: (213) 915-0219
        jgomez@aclusocal.org
        peliasberg@aclusocal.org

*applications for admission pro hac vice forthcoming*

*Counsel for Proposed Intervenors OCA-Asian Pacific American Advocates, Make the Road New York, New York Immigration Coalition, and FIEL Houston*