IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| State of Missouri, David Mason, Andrea McCann, Jessica Fisher, and Phillip Fisher,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>United States Department of Commerce, Howard W. Lutnick in his official capacity as Secretary of Commerce, United States Census Bureau, George Cook in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>    *Defendants*. | Case No. 4:26-cv-00131-JAR |

## DECLARATION AND PROOF OF SERVICE

I, J. Michael Patton, having personal knowledge attest that:

1. I am over 18 years of age and an attorney for Plaintiffs in the above captioned case.

2. On January 30, 2026, the complaint in this case, with exhibits, was filed.

3. On January 30, 2026, the clerk's office for the U.S. District Court for the Eastern District of Missouri issued summonses for all defendants.

4. On January 30, 2026, I caused a copy of the summons, complaint, and exhibits to be served on Thomas Albus, the United States Attorney for the Eastern District of Missouri, by certified mail at the address shown on the postmarked certified mail receipt attached hereto as Exhibit 1.

5. On January 30, 2026, I caused a copy of the summons, complaint, and exhibits to be served on Defendant United States Department of Commerce by certified mail at the address shown on the postmarked certified mail receipt attached hereto as Exhibit 2.

6. On January 30, 2026, I caused a copy of the summons, complaint, and exhibits to be served on Defendant Secretary of Commerce Howard Lutnick by certified mail at the address shown on the postmarked certified mail receipt attached hereto as Exhibit 3.

7. On January 30, 2026, I caused a copy of the summons, complaint, and exhibits to be served on Defendant United States Census Bureau by certified mail at the address shown on the postmarked certified mail receipt attached hereto as Exhibit 4.

8. On January 30, 2026, I caused a copy of the summons, complaint, and exhibits to be served on Defendant George Cook, acting director of the U.S. Census Bureau, by certified mail at the address shown on the postmarked certified mail receipt attached hereto as Exhibit 5.

9. On February 13, 2026, I caused a copy of the summons, complaint, and exhibits to be served on the Attorney General of the United States by certified mail at the address shown on the postmarked certified mail receipt attached hereto as Exhibit 6.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Dated: February 17, 2026               Respectfully submitted,

**CATHERINE L. HANAWAY**
MISSOURI ATTORNEY GENERAL

/s/ *J. Michael Patton*
J. Michael Patton, #76490(MO)
   *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
207 West High Street
Jefferson City, MO 65102
Phone: (573) 821-0378
Michael.Patton@ago.mo.gov

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on February 17, 2026, the above was filed electronically through the Court's electronic filing system to be serve electronically on counsel for all parties.

/s/ *J. Michael Patton*