# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 4:26-cv-00131 (JAR) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| COMMERCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ENTRY OF APPEARANCE**

H. Anthony Relys, of the law firm TGH Litigation LLC, hereby enters his appearance as counsel of record on behalf of Proposed Intervenor Defendants National Association for the Advancement of Colored People, National Association for the Advancement of Colored People Missouri State Conference, Services, Immigrant Rights, and Education Network, Massachusetts Immigrant & Refugee Advocacy Coalition, H. Victoria Morgan, Gabe Reiss, Lucia Ornelas, Carrie Nicolas, and Veronica Zavala.

Respectfully Submitted,

**TGH Litigation LLC**

 /s/ *H. Anthony Relys*
H. Anthony Relys, #63190MO
TGH Litigation LLC
28 N. 8th Street, Suite 200
Columbia, MO 65201
tony@tghlitigation.com
Phone: 573-256-2850

*Attorneys for Proposed Intervenor Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that on March 3, 2026, I served the foregoing upon all counsel of record via the court's electronic filing system.

                                                  /s/ *H. Anthony Relys*
                                               Attorney for Proposed Intervenor Defendants

Case: 4:26-cv-00131-JAR   Doc. #: 23   Filed: 03/03/26   Page: 2 of 2 PageID #: 338