UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| State of Missouri <br> Plaintiff, <br><br> V. <br><br> United States Department of Commerce, et al., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 4:26-cv-00131 <br> ) <br> ) <br> ) |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Kevin R. Kowalewski, move to be admitted pro hac vice to the bar of this court for the purpose of representing Proposed Intervenors in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) Full name of the movant-attorney;
   Kevin R. Kowalewski

(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

   Name: Elias Law Group LLP
   Address: 250 Massachusetts Ave. NW, Suite 400
   City, State Zip: Washington, DC 20001
   Phone No.: (202) 985-3535
   Fax No.: (202) 312-5904

(c) Email for movant-attorney;
   kkowalewski@elias.law

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
   Harvard Law School, class of 2021

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| New York | 2022 | 5946645 |
| U.S.D.C. for the District of Colorado | 2025 | |
| Please see addendum regarding (f) | | |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)  Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

**Kevin Kowalewski Admissions Addendum**

The movant is admitted in New York only. He resides and practices in the District of Columbia. He has submitted an application to the District of Columbia bar and he is currently practicing under the supervision of D.C. bar admitted attorneys in Elias Law Group's Washington, D.C. office. *See* D.C. Bar Rule 49(c)(8). Pursuant to Local Rule 12.01(f)'s requirement that the movant submit "a current certificate of good standing from the highest court of the state in which the attorney resides or is regularly employed as an attorney, *or other proof of good standing satisfactory to the Court*," (emphasis added) the movant attaches a certificate of good standing from New York, where he is admitted and most recently practiced before D.C.