UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN         DIVISION

| | |
|---|---|
| STATE OF MISSOURI et al. ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 4:26-cv-00131 (JAR) |
| ) | |
| U.S. DEP'T OF COMMERCE ) | |
| Defendant. ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Davin Rosborough, move to be admitted pro hac vice to the bar of this court for the purpose of representing Proposed Interv'rs OCA et al in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)   Full name of the movant-attorney;
      Davin Rosborough

(b)   Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

   Name: American Civil Liberties Union Foundation
   Address: 125 Broad Street
   City, State Zip: New York, NY 10004
   Phone No.: (212) 549-2500
   Fax No.: (332) 234-9285

(c)   Email for movant-attorney;
      drosborough@aclu.org

(d)   Name of the law school(s) movant attended and the date(s) of graduation therefrom;
      Washington University School of Law, May 2010

(e)   Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| Admissions attached | | |
| | | |
| | | |
| | | |

(f)   The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

    Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

*[signature]*
_____
Signature of Movant

**Davin Rosborough**

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York State Bar | 4/14/2011 | 4926895 |
| Virginia State Bar | 10/31/2013 | 85935 |
| U.S. Supreme Court | 1/14/2019 | 308210 |
| U.S. Court of Appeals for the 4th Circuit | 8/3/2015 | N/A |
| U.S. Court of Appeals for the 5th Circuit | 4/27/2011 | N/A |
| U.S. Court of Appeals for the 6th Circuit | 4/4/2017 | N/A |
| U.S. Court of Appeals for the 11th Circuit | 2/27/2024 | 059602356 |
| U.S. Court of Appeals for the D.C. Circuit | 2/10/2026 | 66842 |
| U.S. District Court for the Southern District of New York | 4/10/2012 | RO0715 |
| U.S. District Court for the Eastern District of New York | 7/12/2012 | N/A |
| U.S. District Court for the Eastern District of Virginia | 11/1/2014 | N/A |
| U.S. District Court for the Western District of Virginia | 11/1/2014 | N/A |