UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI et al. ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 4:26-cv-00131 (JAR) |
| ) | |
| UNITED STATES DEPARTM ) | |
| Defendant. ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Ethan Herenstein, move to be admitted pro hac vice to the bar of this court for the purpose of representing Proposed Interv'rs OCA et al in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)    Full name of the movant-attorney;
    Ethan Herenstein

(b)    Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

    Name: American Civil Liberties Union Foundation
    Address: 125 Broad Street
    City, State Zip: New York, NY 10004
    Phone No.: (212) 549-2500
    Fax No.: (332) 234-9285

(c)    Email for movant-attorney;
    eherenstein@aclu.org

(d)    Name of the law school(s) movant attended and the date(s) of graduation therefrom;
    Stanford Law School, June 2019.

(e)    Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| Admissions attached | | |
| | | |
| | | |
| | | |

(f)    The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)      Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

Ethan Herenstein

| Court | Date Admitted | Bar Number |
|---|---|---|
| First Circuit Court of Appeals | 12/19/2025 | 1221386 |
| Fourth Circuit Court of Appeals | 1/31/2025 | |
| Eighth Circuit Court of Appeals | 6/10/2025 | |
| District of Columbia Circuit Court of Appeals | 1/21/2026 | 66783 |
| Central District of Illinois | 1/5/2026 | |
| New York State Bar | 3/4/2020 | 5743034 |