**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00131-JAR |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF COMMERCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on review of Defendants' unopposed motion for extension of time to respond to the complaint (ECF No. 43).  On April 1, 2026, Defendants appeared for the first time by counsel and requested an extension of time to respond to the complaint through and including May 6, 2026.  Defendants note that they conferred with counsel for Plaintiffs and all of the proposed intervenors, and no one opposes the requested extension of time.[1]

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' unopposed motion for extension of time to respond to the complaint is **GRANTED**.  Defendants' deadline to respond to the complaint is extended through and including **May 6, 2026**.

Dated this 3rd Day of April, 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

---

[1] While Plaintiffs do not oppose the requested extension, they question the Court's jurisdiction to grant it.  This question is addressed in the Court's other order entered today.