**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| State of Missouri, David Mason, Andrea McCann, Jessica Fisher, and Phillip Fisher, <br><br> *Plaintiffs*, <br><br> v. <br><br> United States Department of Commerce, Howard W. Lutnick in his official capacity as Secretary of Commerce, United States Census Bureau, George Cook in his official capacity as Acting Director of the U.S. Census Bureau, <br><br> *Defendants*, <br><br> and <br><br> Labor Council for Latin American Advancement, Juan Vazquez, Joey Cardenas, and Alejandra Ramirez-Zarate, <br><br> *Proposed Defendant-Intervenors.* | Case No. 4:26-cv-00131 |

**MOTION TO INTERVENE AS DEFENDANTS BY LCLAA, JUAN VAZQUEZ, JOEY CARDENAS, AND ALEJANDRA RAMIREZ-ZARATE**

Under Federal Rule of Civil Procedure 24, Labor Council for Latin American Advancement ("LCLAA"), Juan Vazquez, Joey Cardenas, and Alejandra Ramirez-Zarate (collectively "Proposed Defendant-Intervenors"), move the Court to intervene in this case. As explained in the accompanying brief in support of this motion, Proposed Defendant-Intervenors are entitled to intervene in this action as a matter of right under Fed. R. Civ. P. 24(a). In the alternative, Proposed Defendant-Intervenors satisfy the criteria for permissive intervention under

1

Fed. R. Civ. P. 24(b). Attached is Proposed Defendant-Intervenors' proposed answer and cross-claims. *See* **Exhibit 1**.

For these reasons, Proposed Defendant-Intervenors respectfully request the Court grant them the right to intervene in this action.

Dated: April 22, 2026                    Respectfully Submitted,

                                         */s/ Javier A. Silva*

                                         MEXICAN AMERICAN LEGAL
                                         DEFENSE AND EDUCATIONAL FUND

                                         Susana A. Sandoval Vargas*
                                         Javier A. Silva*
                                         100 N. LaSalle St., Suite 1900
                                         Chicago, IL 60602
                                         Phone: (312) 427-0701
                                         Email: ssandovalvargas@maldef.org
                                         Email: jsilva@maldef.org

                                         *Attorneys for Proposed Defendant-Intervenors*

                                         **pro hac vice* application pending

## CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2026, I electronically filed the above Motion to Intervene using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                         */s/ Javier A. Silva*
                                         Attorney for Proposed
                                         Defendant-Intervenors

2