# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| State of Missouri, David Mason, Andrea McCann, Jessica Fisher, and Phillip Fisher,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Commerce, Howard W. Lutnick in his official capacity as Secretary of Commerce, United States Census Bureau, George Cook in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>Defendants. | Case No. 4:26-cv-00131<br><br>Three-Judge Panel Required Pursuant to 28 U.S.C. § 2284 |

**MOTION FOR BRIEFING SCHEDULE ABOUT REFERRAL UNDER § 2284(b)(1)**

In light of this Court's February 12, 2026 Order, Doc. 18, Plaintiffs respectfully move for the following briefing schedule on the need for referral under 28 U.S.C. § 2284(b)(1):

- **May 13, 2026:** Defendants' Response Due

- **May 15, 2026:** Plaintiffs' Reply Due

In moving for a briefing schedule, Plaintiffs do not concede that briefing is necessary in light of a single district judge's limited review under § 2284. *See Shapiro v. McManus*, 577 U.S. 39, 44 (2015) ("[T]he district judge was *required* to refer the case to a three-judge court, for § 2284(a) admits of no exception . . . [A]ll the district judge must 'determin[e]' is whether the 'request for three judges' is made in a case covered

by § 2284(a)—no more, no less." (emphasis in original) (citations omitted)). As Plaintiffs explain in the attached memorandum, any lingering questions about the propriety of the three-judge panel should be resolved by the panel, not by a single district judge.

Dated: April 29, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
MISSOURI ATTORNEY GENERAL

/s/ *Louis J. Capozzi III*

Louis J. Capozzi III, #77756(MO)
  *Solicitor General*
Kathleen Hunker, #24118415(TX)
  *Principal Deputy Solicitor General*
William J. Seidleck, #77794(MO)
  *Principal Deputy Solicitor General*
J. Michael Patton, #76490(MO)
  *Deputy Solicitor General*
Graham Miller, #77656(MO)
  *Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
207 West High Street
Jefferson City, MO 65102
Phone: (573) 645-9662
Louis.Capozzi@ago.mo.gov
Kathleen.Hunker@ago.mo.gov
William.Seidleck@ago.mo.gov
Michael.Patton@ago.mo.gov
Graham.Miller@ago.mo.gov

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that on April 29, 2026, the above was filed electronically through the Court's electronic filing system to be serve electronically on counsel for the parties.

/s/ *Louis J. Capozzi III*