**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:26-cv-00131-JAR |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF COMMERCE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Defendants' unopposed motion for extension of time to respond to the complaint (ECF No. 57).  Defendants have requested a second extension of time to respond to the complaint through and including June 5, 2026. Defendants note that they conferred with counsel for Plaintiffs and all Proposed Intervenors, and no one opposes the requested extension of time.[1]

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' unopposed motion for extension of time to respond to the complaint is **GRANTED**.  Defendants' deadline to respond to the

---

[1] While Plaintiffs do not oppose the requested extension, they "reiterate their request for this Court to either refer this case to the Chief Judge of the U.S. Court of Appeals for the Eighth Circuit, so that he can empanel a three-judge court, or to set a timely briefing schedule on whether referral is required."  (ECF No. 57 at p. 1).  The Court has granted Plaintiffs' request to impose a briefing schedule on the necessity of a three-judge panel in this action by separate order entered today.

1

complaint is extended through and including **June 5, 2026**.

Dated this 5th Day of May, 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE