**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

STATE OF MISSOURI, *et al.*,

     *Plaintiffs*,

     v.

UNITED STATES DEPARTMENT OF
COMMERCE, *et al.*,

     *Defendants*.

Case No. 4:26-cv-00131-JAR

**DEFENDANTS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants respectfully move the Court for a 30-day extension of time to respond to Plaintiffs' Complaint, ECF No. 1, to July 6, 2026. This motion is unopposed.

Defendants conferred with Plaintiffs, who state their position as follows:

> Plaintiffs respectfully reiterate their request for this Court to promptly refer this case to the Chief Judge of the U.S. Court of Appeals for the Eighth Circuit, so that he can empanel a three-judge court. Plaintiffs do not object to Defendants having 30 more days to otherwise respond to the Complaint.

Defendants then conferred with all Proposed Intervenors in this matter, none of whom object to this Motion.

**MEMORANDUM OF LAW**

A district court possesses the inherent power to reasonably manage its own docket, consistent with relevant rules and statutes. *Dietz v. Bouldin*, 579 U.S. 40, 45–46 (2016). Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . before the original time or its extension expires . . . ."

Good cause exists for the requested extension. Defendants are actively determining their policy approach on matters at issue in this litigation and require additional time to appropriately respond to the Complaint. In particular, Defendants are deep into preparations for the 2030 Census and issued the 2030 Census Operational Plan in July 2025. *See* 2030 Census Operational Plan, U.S. Census Bureau, July 22, 2025, https://www2.census.gov/programs-surveys/decennial/2030/program-management/planning/operational-plan/2030-census-operational-plan.pdf. As part of these overall planning efforts, Defendants are actively preparing to promulgate the residence criteria and residence situations for the 2030 Census. That agency action will establish the position of the Department of Commerce on who should be counted as part of the 2030 Census and will govern the conduct of that census. Depending on its substance, the agency's action could potentially narrow or alter the issues raised in this case.

An extension of time will conserve judicial and party resources and will not prejudice any party. Plaintiffs do not object to the requested extension, though as noted above, they reiterate their request for this Court to promptly refer this case to the Chief Circuit Judge so that he can empanel a three-judge court. All Proposed Intervenors do not object to this motion.

For the foregoing reasons, Defendants respectfully request that the Court extend Defendants' deadline to respond to Plaintiffs' Complaint to July 6, 2026.

Dated: May 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kevin K. Bell*
KEVIN K. BELL
967210(GA)
KATHRYN L. ALKIRE
1050146(FL)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov

*Counsel for Defendants*

3