**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 4:26-cv-00131-JAR |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF COMMERCE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Defendants' third motion for an extension of their time to respond to the complaint through and including July 6, 2026 (ECF No. 70).[1]  Defendants request this extension of time in light of forthcoming agency action that will better inform their stance on the issues raised in the complaint and may "narrow or alter" those issues.  *Id*. at p. 2. Defendants state that they have conferred with Plaintiffs and all Proposed Intervenors, and no one opposes the requested extension of time.  Defendants note, however, that notwithstanding their consent to the requested extension of time, Plaintiffs continue to "respectfully reiterate their request" that a three-judge panel be convened pursuant to 28 U.S.C. § 2284.  *Id*. at p. 3; *see also*, *e.g.*, ECF Nos. 3, 44, 55, 69.  The Court takes note of this request.

The Court will grant Defendants' requested extension of time but cautions Defendants that further extensions will not be granted without good cause.  The Court finds sufficient Defendants' representation that they are "actively determining their policy approach on matters at issue in this litigation" and that forthcoming agency rulemaking may affect the scope of issues

---

[1] Defendants' current deadline to respond to the complaint is June 5, 2026.  (*See* ECF No. 59).

in this case.  ECF No. 70 at p. 2.  However, Defendants provide no expected timeline on which the aforementioned policy approach will be determined or the date by which relevant agency action will be taken.  While the Court finds no issue with the requested extension of time today, especially given that it is unopposed, the Court notes that over a dozen Proposed Intervenors await a ruling on their motions to intervene, and that determination will be aided by Defendants' response to the complaint.[2]

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' unopposed motion for extension of time to respond to the complaint [ECF No. 70] is **GRANTED**.  Defendants' deadline to respond to the complaint is extended through and including **July 6, 2026**.

Dated this 28th Day of May, 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

---

[2] All motions to intervene are currently unopposed, as the deadline for any party to oppose the motions to intervene has now passed, and no party sought an extension of time in which to respond.  *See* E.D. Mo. L.R. 4.01(B).  However, the determination of whether Proposed Intervenors possess interests in this action that are not represented by the current parties may be informed by Defendants' response to the complaint.