**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00131-JAR |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF COMMERCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Defendants' motion to stay (ECF No. 74).  Defendants request that this action be stayed, citing the ongoing agency action the Department of Commerce is undertaking to promulgate rules regarding the residence criteria applicable to the 2030 Census. Defendants contend that the proposed residence criteria the Department of Commerce recently submitted for pre-publication review bears directly on Plaintiffs' claims regarding the methodology of the 2030 Census.  Defendants' deadline to respond to Plaintiffs' complaint is approaching on July 6, 2026.  They note that they conferred with Plaintiffs and the three groups of proposed intervenors regarding their motion to stay, and none consent to the requested stay. Defendants request that the Court extend their deadline to respond to the complaint until after the Court rules on the motion to stay.

The Court sees fit to extend Defendants' deadline to respond to the complaint to allow time for the Court to receive responses to the motion to stay and rule on it.  As such, Defendants' deadline to respond to the complaint will be extended for thirty days from the date of this Order, and the Court will accept responses to the motion to stay within fourteen days of this Order.

1

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' deadline to respond to the complaint is extended for **thirty (30) days** through and including **July 29, 2026**.

**IT IS FURTHER ORDERED** that any responses in opposition to Defendants' motion to stay [ECF No. 74] shall be filed within fourteen **(14) days** of this Order, through and including **July 13, 2026**.

Dated this 29th Day of June, 2026.

_____

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE