**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| State of Missouri, David Mason, Andrea McCann, Jessica Fisher, and Phillip Fisher,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States Department of Commerce, Howard W. Lutnick in his official capacity as Secretary of Commerce, United States Census Bureau, George Cook in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>*Defendants*,<br><br>and<br><br>Labor Council for Latin American Advancement, Juan Vazquez, Joey Cardenas, and Alejandra Ramirez-Zarate,<br><br>*Proposed Defendant-Intervenors.* | Case No. 4:26-cv-00131 |

## PROPOSED LCLAA DEFENDANT-INTERVENORS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR A STAY

Movants Labor Council for Latin American Advancement ("LCLAA"), Juan Vazquez, Joey Cardenas, and Alejandra Ramirez-Zarate (collectively "Proposed LCLAA Defendant-Intervenors") respectfully submit this Response in Opposition to Defendants' Motion for a Stay. Defendants have requested that this Court indefinitely pause proceedings based entirely on a preliminary administrative milestone: the submission of a draft proposal to the Office of Management and Budget ("OMB") under Executive Order 12,866.  ECF No. 74 at 4.  This request

1

is premature, speculative, and prejudicial to Proposed LCLAA Defendant-Intervenors, who seek to protect critical representation interests in the upcoming Census.

Defendants assert that a stay is justified because the impending rulemaking "may ultimately obviate or significantly narrow many of the issues at the heart of this litigation." ECF No. 74 at 5. But this Court cannot evaluate whether a rule will narrow the litigation when the substance of that rule remains hidden from view.

Proposed LCLAA Defendant-Intervenors oppose any stay of these proceedings until the content of the proposed rule is known. Currently, the proposed rule is undergoing confidential, pre-publication interagency review coordinated by the Office of Information and Regulatory Affairs ("OIRA") under E.O. 12,866. Because this process is shielded from public disclosure, the text, scope, and specific mechanism of the proposed Residence Rule remains entirely speculative and undisclosed. It is impossible for Proposed LCLAA Defendant-Intervenors or this Court to determine if the Department's draft policy adequately addresses the constitutional and statutory issues raised in the Complaint—or the interests asserted in Proposed LCLAA Defendant-Intervenors' proposed cross-claims—without reviewing the rule itself.

Furthermore, Proposed LCLAA Defendant-Intervenors oppose a stay of these proceedings because the rulemaking process under the Administrative Procedure Act inherently takes considerable time. Following OMB review, the rule must be published, a public comment period must be held, and the agency must review and respond to those comments before issuing a final rule. Seeking and evaluating public comment will take far too long for this Court to completely halt the case now. Given that this litigation impacts preparation for the 2030 Census, unnecessary delays will compress the timeframe available to resolve these critical constitutional and statutory issues.

The multi-stage process will significantly delay this litigation, creating risk of eleventh-hour crisis litigation later.  Because the administrative process is inherently protracted, seeking and evaluating public comment will take far too long for this Court to halt the case at this preliminary stage.

For the foregoing reasons, Proposed LCLAA Defendant-Intervenors respectfully request that the Court deny Defendants' Motion for a Stay.

Dated: July 13, 2026                           Respectfully Submitted,

                                               */s/ Javier A. Silva*

                                               MEXICAN AMERICAN LEGAL
                                               DEFENSE AND EDUCATIONAL FUND

                                               Susana A. Sandoval Vargas*
                                               Javier A. Silva*
                                               100 N. LaSalle St., Suite 1900
                                               Chicago, IL 60602
                                               Phone: (312) 427-0701
                                               Email: ssandovalvargas@maldef.org
                                               Email: jsilva@maldef.org

                                               *Attorneys for Proposed LCLAA Defendant-Intervenors*

                                               *admitted pro hac vice*

3