**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 4:26-cv-131-JAR |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | |
| *Defendants*. | |

**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR A STAY**

Plaintiffs spend much of their opposition rehashing their position on a three-judge panel and making the bare, conclusory statement that "Plaintiffs' apportionment claims trigger the three-judge panel requirement under [28 U.S.C.] § 2284." *See, e.g.*, ECF No. 77 at 10. But as Defendants previously discussed, *see* ECF No. 64, Plaintiffs are not entitled to a three-judge panel under § 2284 because they do not challenge "the constitutionality of the apportionment of congressional districts or the apportionment of any statewide legislative body." 28 U.S.C. § 2284(a); *see also Alabama v. Department of Commerce*, 493 F. Supp. 3d 1123, 1127–29 (N.D. Ala. 2020).

Contrary to Plaintiffs' and Proposed LCLAA Intervenors' assertions, a stay is warranted in this case. Defendants have taken concrete steps towards finalizing their policy position on issues that bear directly on the ones presented here. *See* Off. of Info. and Regul. Aff., Off. of Mgmt. and Budget, *Pending EO 12866 Regulatory Review* ("Proposed Rule Submission"), https://www.reginfo.gov/public/do/eoDetails?rrid=1442165 (last visited July 17, 2026). As evidenced by Defendants' pending rulemaking process, Defendants have not yet adopted a final policy on the issues presented in this case and their position remains under consideration. The

Court, and the Parties, would benefit from allowing the rulemaking process to proceed before litigating this case, as that process is expected to produce the Department's considered policy judgment on issues implicated in this litigation, including the residence criteria the Department intends to use in its Residence Rule for the 2030 Census. A stay of this case would avoid unnecessary expenditure of resources and allow the Court to consider the agency's definitive position on the issues in this case.

Defendants thus respectfully ask the Court to stay this case, including all deadlines, pending the Department's rulemaking process.

Dated: July 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kathryn Alkire*
KATHRYN L. ALKIRE
1050146(FL)
KEVIN K. BELL
967210(GA)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 451-7743
E-mail: Kathryn.L.Alkire@usdoj.gov

*Counsel for Defendants*