**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00131-JAR |
| | ) | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendants' renewed motion to stay and to extend their deadline to respond to Plaintiffs' complaint (ECF No. 80). Defendants request that this action be stayed, citing a Notice of Proposed Rulemaking the Department of Commerce recently published that, if finalized in its current form, would grant Plaintiffs the relief they seek with respect to the 2030 Census. *See* Decennial Census of the Population of Americans; Proposed Residence Criteria and Proposed Regulations for Demographic Questions, 91 Fed. Reg. 57524 (proposed Sept. 10, 2026). Defendants note that they conferred with Plaintiffs, who consent to the requested stay, and with the proposed intervenors. Certain proposed intervenors oppose the motion to stay. The Court will await any response to the motion for a stay before deciding whether such a stay is warranted.

Because Defendants' deadline to respond to Plaintiffs' complaint is approaching on September 21, 2026, Defendants also request that the Court extend their deadline until after the Court rules on the motion to stay. The Court notes that it has granted several previous requests for extension of time. It is within the Court's "considerable discretion" to grant or deny a request

to extend a filing deadline. *Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005). Here, the Court does not see fit to extend Defendants' deadline to file a responsive pleading for a fifth time. As previously ordered by the Court, Defendants must file a response to Plaintiffs' complaint by September 21, 2026.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' request to extend their **September 21, 2026** deadline to respond to the complaint is **DENIED**.

**IT IS FURTHER ORDERED** that any responses in opposition to Defendants' motion to stay (ECF No. 80) shall be filed within **fourteen (14) days** of this Order, through and including October 2, 2026.

Dated this 18th Day of September, 2026.

John A. Ross

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE