**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 4:26-cv-00131-JAR |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal. (Doc. 82). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs filed a notice to dismiss this matter without prejudice because no party has served an answer or a motion for summary judgment. *See Moses v. City of Perry*, 90 F.4th 501, 505–06 (6th Cir. 2024) (holding that a proposed intervenor does not become a party under Rule 41 "until the district court grants the motion to intervene").

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Proposed Intervenors' Motions to Intervene are **DENIED as moot**. (Doc. 11, 21, 51).

Dated this 22nd day of September, 2026.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE